# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | CASE NO. 11-md-2286-MMA (MDD)<br><br>Member cases: 10-cv-02261<br>10-cv-02600<br>11-cv-02368<br>11-cv-02370<br><br>**PLAINTIFFS SCARDINA AND ROBINSON'S MOTION FOR THE APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

Plaintiffs Dave Scardina and Christopher Robinson respectfully move the Court for an order appointing as interim co-lead counsel, Dave Scardina's counsel, James Latturner of Edelman, Combs, Latturner & Goodwin, LLC and Christopher Robinson's counsel, Douglas J. Campion of Law Offices of Douglas J. Campion. The *Scardina* litigation was filed jointly by the law firms of Edelman, Combs, Latturner & Goodwin, LLC and Warner Law Firm, LLC. The *Robinson* litigation was filed jointly by the law firms of Law Offices of Douglas J. Campion, Hyde and Swigart, and Kazerounian Law Group. Each of these firms, on behalf of Plaintiffs Scardina and Robinson, join in this request.

Plaintiffs Dave Scardina and Christopher Robinson submit the accompanying memorandum of points and authorities in support of Plaintiff Scardina's Motion for The Appointment of Interim Co-Lead Class Counsel.

Date: October 28, 2011

Respectfully Submitted,

s/ Joshua Swigart
Joshua Swigart
Hyde and Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Email: josh@westcoastlitigation.com

s/ James O. Latturner
James O. Latturner
EDELMAN COMBS LATTURNER
         & GOODWIN, LLC
120 S. Lasalle Street, Suite 1800
Chicago, Illinois 60603
Email: jlatturner@edcombs.com
Email: courtecl@edcombs.com

s/ Curtis C. Warner
Curtis Charles Warner
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Avenue, Suite 560
Chicago, IL 60601
Email: cwarner@warnerlawllc.com

s/ Abbas Kazerounian
Abbas Kazerounian
Kazerounian Law Group
2700 North Main Street, Suite 1050
Santa Ana, CA 92866
Email: ak@kazlg.com

s/ Douglas J. Campion
Douglas J. Campion
Law Offices of Douglas J. Campion
409 Camino Del Rio South, Suite 303
San Diego, CA 92108-3507
Email: doug@djcampion.com

## **CETIFICATE OF SERVICE**

I, James O. Latturner, hereby certify that a copy of the foregoing PLAINTIFFS SCARDINA AND ROBINSON'S MOTION FOR THE APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL and this Certificate of Service was filed via CM/ECF and served by First Class Mail and email on October 28, 2011, to the following:

| | |
|---|---|
| **Joseph Darrell Palmer**<br>Law Office of Darrell Palmer<br>603 North Highway l0l, Suite A<br>Solano Beach, CA 92075<br>Email: danell.palmer@cox.net<br>(darrell.palmer@palmerlegalteam.com)<br>*Counsel for Plaintiff: Eduardo Tovar*<br>    S.D. California, No. 3:10-cv-02600<br><br>**Amy M. Gallegos**<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6047<br>Email: amy.gallegos@hoganlovells.com<br>*Counsel for Defendant: Midland Credit Management*<br>    S.D. California, No. 3:10-cv-02600<br>*Counsel for Defendant: Midland Funding, LLC*<br>    S.D. California, No. 3:10-cv- 02261<br><br>**Joshua Swigart**<br>Hyde and Swigart<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>Email: josh@westcoastlitigation.com<br>*Counsel for Plaintiff: Christopher Robinson*<br>    S.D. California, No. 3:10-cv- 02261<br><br>**Abbas Kazerounian**<br>Kazerounian Law Group<br>2700 North Main Street, Suite 1050<br>Santa Ana, CA 92866<br>Email: ak@kazlg.com<br>*Counsel for Plaintiff: Christopher Robinson*<br>    S.D. California, No. 3:10-cv- 02261 | **Theodore Wilson Seitz**<br>Dykema Gossett, PLLC<br>124 West Allegan, Suite 800<br>Lansing, MI 48933<br>Email: tseitz@dykema.com<br>*Counsel for Defendant Midland Funding, LLC*<br>    N.D. Illinois, No. 1:11-cv-03104<br>*Counsel for Defendant Midland Credit Management, Inc.*<br>    N.D. Illinois, No. 1:11-cv-03149<br><br>**Renee Lynn Zipprich**<br>**James Michael Golden**<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Email: rzipprich@dykema.com<br>Email: jgolden@dykema.com<br>*Counsel for Defendant Midland Funding, LLC*<br>    N.D. Illinois, No. 1:11-cv-03104<br>*Counsel for Defendant Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc.*<br>    N.D. Illinois, No. 1:11-cv-03149<br><br>**Brett J. Natarelli**<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Email: bnatarelli@dykema.com<br>*Counsel for Defendant Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc.* |

| | |
|---|---|
| **Douglas J. Campion**<br>Law Offices of Douglas J. Campion<br>409 Camino Del Rio South, Suite 303<br>San Diego, CA 92108-3507<br>Email: doug@djcampion.com<br>*Counsel for Plaintiff: Christopher Robinson*<br>    S.D. California, No. 3:10-cv- 02261<br><br>**Alexander Holmes Burke**<br>Burke Law Offices, LLC<br>155 N. Michigan Ave., Suite 9020<br>Chicago, IL 60601<br>E-mail: aburke@burkelawllc.com<br>*Counsel for Plaintiff: Nicholas Martin*<br>    N.D. Illinois, No. l:11-cv-03104 | N.D. Illinois, No. 1:11-cv-03149<br><br>**Curtis C. Warner**<br>Warner Law Firm, LLC<br>Millennium Park Plaza<br>155 N. Michigan Avenue, Suite 560<br>Chicago, IL 60601<br>Email: cwarner@warnerlawllc.com<br>*Counsel for Plaintiff Dave Scardina*<br>    N.D. Illinois, No. 1:11-cv-03149 |

                                                <u>s/ James O. Latturner</u><br>                                                James O. Latturner