James O. Latturner
EDELMAN COMBS LATTURNER & GOODWIN, LLC
120 S. Lasalle Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Email: jlatturner@edcombs.com
Attorneys for Plaintiff David Scardina

Douglas J. Campion (SBN 75381)
The Law Offices of Douglas J. Campion
409 Camino Del Rio South, Suite 303
San Diego, CA 92108-3507
Telephone: (619) 200-2091
Email: doug@djcampion.com
Attorneys for Plaintiff Christopher Robinson

Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600

Attorney for Plaintiff Eduardo Tovar

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br><br>Member cases: 10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF LEAD COUNSEL AND LIAISON COUNSEL** |

The undersigned Plaintiffs in all of the above numbered MDL actions, by and through their undersigned counsel, hereby move the Court for an Order appointing Lead Counsel and Liaison Counsel in this proceeding.

Plaintiffs, Eduardo Tovar, Christopher Robinson, Nicholas Martin and David Scardina, have conferred by and through their counsel of record. As a result, the Plaintiffs move the Court that counsel 1) for Christopher Robinson, Douglas J. Campion of the Law Offices of Douglas J. Campion, and 2) for David Scardina, Daniel A. Edelman and James O. Latturner of Edelman, Combs, Latturner & Goodwin, act as Co-Lead Class Counsel in this case. In addition, the Plaintiffs also move the Court to appoint counsel for Eduardo Tovar, David P. Schafer and Joseph Darrell Palmer as Liaison Counsel in this case.

Agreed to:

Dated: February 7, 2012                LAW OFFICES OF DARRELL PALMER PC

                                       By: ____/s/ Joseph Darrell Palmer_____
                                              Joseph Darrell Palmer
                                       Attorney for Plaintiff Eduardo Tovar

                                       LAW OFFICES OF DOUGLAS J. CAMPION

                                       By: ____/s/ Douglas J. Campion_____
                                              Douglas J. Campion
                                       Attorney for Plaintiff Christopher Robinson


                                       EDELMAN, COMBS, LATTURNER & GODDWIN, LLC


                                       By: ____/s/ James O. Latturner
                                       James O. Latturner
                                       Attorney for Plaintiff David Scardina

                                       BURKE LAW OFFICES, LLC


                                       By: ____/s/ Alexander Holmes Burke_____
                                              Alexander Holmes Burke
                                       Attorney for Plaintiff Nicholas Martin

**CERTIFICATE OF SERVICE**

I, James O. Latturner, hereby certify that on February 7, 2012 I electronically filed the foregoing **PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF LEAD COUNSEL AND LIAISON COUNSEL** with the Clerk of the Court of the United States District Court for the Southern District of California, by using the USDC CM/ECF system, a copy of which filing was sent to the following parties via email:

Abbas Kazerounian (ak@kazlg.com)

Douglas J. Campion (doug@djcampion.com)

Joshua Swigart (josh@westcoastlitigation.com)

Joseph Darrell Palmer (Darrell.palmer@cox.net)

Alexander Holmes Burke (ABurke@BurkeLawLLC.com)

Curtis Charles Warner (cwarner@warnerlawllc.com)

Amy M. Gallegos (agallegos@jenner.com)

Brett J. Natarelli (bnatarelli@dykema.com)

James Michael Golden (jgolden@dykema.com)

Renee L. Zipprich (rzipprich@dykema.com)

Theodore W. Seitz (tseitz@dykema.com)

                                              /s/ James O. Latturner
                                              James O. Latturner
                                              Attorney for Plaintiff David Scardina