1  James O. Latturner
   EDELMAN COMBS LATTURNER & GOODWIN, LLC
2  120 S. Lasalle Street, Suite 1800
3  Chicago, Illinois 60603
   Telephone: (312) 739-4200
4  Email: jlatturner@edcombs.com
   Attorneys for Plaintiff David Scardina
5

6  Douglas J. Campion (SBN 75381)
   The Law Offices of Douglas J. Campion
7  409 Camino Del Rio South, Suite 303
   San Diego, CA 92108-3507
8  Telephone: (619) 200-2091
9  Email: doug@djcampion.com
   Attorneys for Plaintiff Christopher Robinson
10

11 Joseph Darrell Palmer (SBN 125147)
   Email:  darrell.palmer@palmerlegalteam.com
   Law Offices of Darrell Palmer PC
12 603 North Highway 101, Ste A
   Solana Beach, California 92075
13 Telephone: (858) 792-5600

14 Attorney for Plaintiff Eduardo Tovar

15

16                       UNITED STATES DISTRICT COURT

17                   SOUTHERN DISTRICT OF CALIFORNIA

18

19 IN RE: MIDLAND CREDIT MANAGEMENT,    )  Case No. 11-md-2286-MMA (MDD)
   INC., TELEPHONE CONSUMER             )
20 PROTECTION ACT LITIGATION            )  Member cases: 10-cv-02261
                                        )                 10-cv-02600
21                                      )                 10-cv-02368
                                        )                 10-cv-02370
22                                      )
                                        )  **PLAINTIFFS' JOINT MOTION  FOR**
23                                      )  **APPOINTMENT OF LEAD COUNSEL AND**
                                        )  **LIAISON COUNSEL**
24                                      )
                                        )
25 ─────────────────────────────────────

26        The undersigned Plaintiffs in all of the above numbered MDL actions, by and through their

27 undersigned counsel, hereby move the Court for an Order appointing Lead Counsel and Liaison Counsel

28 in this proceeding.

                                            1

1         Plaintiffs, Eduardo Tovar, Christopher Robinson, Nicholas Martin and David Scardina, have

2  conferred by and through their counsel of record.  As a result, the Plaintiffs move the Court that counsel

3 1) for Christopher Robinson, Douglas J. Campion of the Law Offices of Douglas J. Campion, and 2) for

4

5 David Scardina, Daniel A. Edelman and James O. Latturner of Edelman, Combs, Latturner & Goodwin,

6 act as Co-Lead Class Counsel in this case.  In addition, the Plaintiffs also move the Court to appoint

7 counsel for Eduardo Tovar, David P. Schafer and Joseph Darrell Palmer as Liaison Counsel in this case.

8         Agreed to:

9

10

11 Dated: February 7, 2012               LAW OFFICES OF DARRELL PALMER PC

12

13                                By: _____/s/ Joseph Darrell Palmer_____
                                   Joseph Darrell Palmer

14                                Attorney for Plaintiff Eduardo Tovar

15                LAW OFFICES OF DOUGLAS J. CAMPION

16                                By: _____/s/ Douglas J. Campion_____

17                                    Douglas J. Campion
                               Attorney for Plaintiff Christopher Robinson

18

19                EDELMAN, COMBS, LATTURNER & GODDWIN, LLC

20

21                                By: _____/s/ James O. Latturner

22                                James O. Latturner
                               Attorney for Plaintiff David Scardina

23

24                BURKE LAW OFFICES, LLC

25                                By: _____/s/ Alexander Holmes Burke_____

26                                  Alexander Holmes Burke
                               Attorney for Plaintiff Nicholas Martin

27

28

1

**CERTIFICATE OF SERVICE**

2

   I, James O. Latturner, hereby certify that on February 7, 2012 I electronically filed the foregoing

3

**PLAINTIFFS' JOINT MOTION  FOR APPOINTMENT OF  LEAD COUNSEL AND LIAISON**

4

**COUNSEL** with the Clerk of the Court of the United States District Court for the Southern District of California, by using the USDC CM/ECF system, a copy of which filing was sent to the following parties

5

via email:

6

Abbas Kazerounian (ak@kazlg.com)

7

Douglas J. Campion (doug@djcampion.com)

8

Joshua Swigart (josh@westcoastlitigation.com)

9

Joseph Darrell Palmer (Darrell.palmer@cox.net)

10

11

Alexander Holmes Burke (ABurke@BurkeLawLLC.com)

12

Curtis Charles Warner (cwarner@warnerlawllc.com)

13

Amy M. Gallegos (agallegos@jenner.com)

14

Brett J. Natarelli (bnatarelli@dykema.com)

15

16

James Michael Golden (jgolden@dykema.com)

17

Renee L. Zipprich (rzipprich@dykema.com)

18

Theodore W. Seitz (tseitz@dykema.com)

19

                                 _/s/ James O. Latturner_
                                 James O. Latturner

20

                                 Attorney for Plaintiff David Scardina

21

22

23

24

25

26

27

28

3