James O. Latturner
EDELMAN COMBS LATTURNER & GOODWIN, LLC
120 S. Lasalle Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Email:  jlatturner@edcombs.com
Attorneys for Plaintiff David Scardina

Douglas J. Campion (SBN 75381)
THE LAW OFFICES OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, CA 92108-3507
Telephone: (619) 200-2091
Email:  doug@djcampion.com
Attorney for Plaintiff Christopher Robinson

Joseph Darrell Palmer (SBN 125147)
LAW OFFICES OF DARRELL PALMER PC
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Email:  darrell.palmer@palmerlegalteam.com
Attorney for Plaintiff Eduardo Tovar

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br><br>Member cases: 10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**REVISED JOINT DISCOVERY PLAN** |

1

Pursuant to the Court's order of July 30, 2012 and in preparation for the September 7, 2012 teleconference, the parties submit the following Revised Joint Discovery Plan:

1. **Scheduling a Hearing on Motions to Remand**:  The parties do not anticipate any motions to remand the TCPA claims.  Plaintiff Martin has asserted an individual FDCPA claim.  If the parties are unable to resolve this claim, Plaintiff Martin may seek to remand that claim. The parties request that Plaintiff Martin have until September 26, 2012 to file a motion to remand with respect to his individual FDCPA claim.

2. **Filing of Consolidated Amended Complaint**:  Plaintiffs filed a Consolidated Complaint on July 11, 2012.

3. **Defendants' Answer:**  Defendants filed their Answer and Affirmative Defenses to the Consolidated Complaint on August 17, 2012.

4. **Discovery Deadlines:**  The parties propose the following schedule:

   a. **Close of discovery (excluding expert discovery):**  The parties propose that fact discovery relating to class certification be completed by March 1, 2013.  The parties agree that fact discovery on the merits may take place during this time period as well, both as to the named plaintiffs' individual claims and issues that are common to the putative class.  However, discovery as to the merits of the specific claims and affirmative defenses pertaining to individual absent class members shall be deferred and shall commence only in the event that a class is certified.

   b. **Expert Discovery:**  The parties propose that expert discovery be deferred until the Court rules on Class Certification.

   c. **Class Certification**:  Plaintiffs propose to file a Motion for Class Certification by March 31, 2013.

**d. Further Case Management Conference:** The parties agree that the appropriate scheduling of matters that may follow the Court's ruling on class certification is contingent on factors including whether a class is certified and, if so, the time frame in which the class can be identified and notice provided. Accordingly, the parties propose that, after ruling on Plaintiffs' Motion for Class Certification, the Court set a further Case Management Conference to address scheduling for any further discovery, including expert discovery, briefing on summary judgment, and pretrial matters.

Date: August 31, 2012

Respectfully Submitted,

s/James O. Latturner
James O. Latturner
EDELMAN COMBS LATTURNER
& GOODWIN, LLC
120 S. Lasalle Street, Suite 1800
Chicago, Illinois 60603
Email: jlatturner@edcombs.com
Email: courtecl@edcombs.com

s/ Amy M. Gallegos
Jenner & Block LLP
633 West 5th Street, Suite 3600
Lost Angeles, CA 90071
Email: agallegos@jenner.com
*Counsel for Defendant: Midland Credit Management*
    S.D. California, No. 3:10-cv-02600
*Counsel for Defendant: Midland Funding, LLC*
    S.D. California, No. 3:10-cv- 02261

3

### CERTIFICATE OF SERVICE

I, James O. Latturner, hereby certify that a copy of the foregoing **JOINT REPORT OF PARTIES' PLANNING MEETING [F.R.C.P. 26(f)]** and this Certificate of Service was filed via CM/ECF on August 31, 2012, which sent notice by email to the following:

**Joseph Darrell Palmer**
Law Office of Darrell Palmer
603 North Highway l0l, Suite A
Solano Beach, CA 92075
Email: danell.palmer@cox.net
(darrell.palmer@palmerlegalteam.com)
*Counsel for Plaintiff: Eduardo Tovar*
    S.D. California, No. 3:10-cv-02600

**Joshua Swigart**
Hyde and Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Email: josh@westcoastlitigation.com
*Counsel for Plaintiff: Christopher Robinson*
    S.D. California, No. 3:10-cv- 02261

**Abbas Kazerounian**
Kazerounian Law Group
2700 North Main Street, Suite 1050
Santa Ana, CA 92866
Email: ak@kazlg.com
*Counsel for Plaintiff: Christopher Robinson*
    S.D. California, No. 3:10-cv- 02261

**Douglas J. Campion**
Law Offices of Douglas J. Campion
409 Camino Del Rio South, Suite 303
San Diego, CA 92108-3507
Email: doug@djcampion.com
*Counsel for Plaintiff: Christopher Robinson*
    S.D. California, No. 3:10-cv- 02261

**Alexander Holmes Burke**
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
E-mail: aburke@burkelawllc.com
*Counsel for Plaintiff: Nicholas Martin*
    N.D. Illinois, No. l:11-cv-03104

**Curtis C. Warner**
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Avenue, Suite 560
Chicago, IL 60601
Email: cwarner@warnerlawllc.com
*Counsel for Plaintiff Dave Scardina*
    N.D. Illinois, No. 1:11-cv-03149

**Amy M. Gallegos**
Jenner & Block LLP
633 West 5th Street, Suite 3600
Lost Angeles, CA 90071
Email: agallegos@jenner.com
    S.D. California, No. 3:10-cv-02600
*Counsel for Defendant: Midland Funding, LLC*
    S.D. California, No. 3:10-cv- 02261

**Brett J. Natarelli**
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Email: bnatarelli@dykema.com
*Counsel for Defendant Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc.*
    N.D. Illinois, No. 1:11-cv-03149

4

1

**Theodore Wilson Seitz**
Dykema Gossett, PLLC
124 West Allegan, Suite 800
Lansing, MI 48933
Email: tseitz@dykema.com
*Counsel for Defendant Midland Funding, LLC*
    N.D. Illinois, No. 1:11-cv-03104
*Counsel for Defendant Midland Credit*
*Management, Inc.*
    N.D. Illinois, No. 1:11-cv-03149

**Renee Lynn Zipprich**
**James Michael Golden**
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Email: rzipprich@dykema.com
Email: jgolden@dykema.com
*Counsel for Defendant Midland*
*Funding, LLC*
    N.D. Illinois, No. 1:11-cv-03104
*Counsel for Defendant Midland Credit*
*Management, Inc., Midland Funding*
*LLC, and Encore Capital Group, Inc.*
    N.D. Illinois, No. 1:11-cv-03149

2

3

4

5

6

7

8

9

10

11

12

13                              s/ James O. Latturner

14                              James O. Latturner

15

16

17

18

19

20

21

22

23

24

25

26

27

28