# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-MD-2286-MMA(MDD)<br><br>**ORDER AFTER HEARING, DENYING MOTION TO STAY**<br><br>[Doc. No. 40] |

On January 7, 2013, the Court convened a hearing on Defendants' pending motion to stay the action. All parties submitted on the Court's Tentative Ruling. [Doc. No. 43.] Accordingly, the Court AFFIRMS the Tentative Ruling and DENIES Defendants' motion to stay.

IT IS SO ORDERED.

DATED: January 7, 2013

Hon. Michael M. Anello
United States District Judge