**JENNER & BLOCK LLP**
Richard L. Stone, SB# 110022
Email: Richard.stone@jenner.com
Amy Marshall Gallegos, SB# 211379
Email: Agallegos@jenner.com
633 W 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100/
Facsimile: (213) 239-2218

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Tim J. Vanden Heuvel, SB# 140731
Email: vanden@lbbslaw.com
Sondra R. Levine, SB# 254139
Email: slevine@lbbslaw.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 233-1006/
Facsimile: (619) 233-8627

Attorneys for Defendants
ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br><br>Member Cases: 10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**MOTION FOR TIM J. VANDEN HEUVEL AND SONDRA R. LEVINE, OF LEWIS BRISBOIS BISGAARD & SMITH LLP TO WITHDRAW AS CO-COUNSEL OF RECORD FOR DEFENDANTS ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL IN SUPPORT THEREOF** |

4813-0262-4531.1                                1                                11-md-2286-MMA (MDD)
MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD FOR DEFENDANTS ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL IN SUPPORT THEREOF

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. (hereinafter collectively "Defendants") respectfully request pursuant to Local Rule Civ.L.R.83-3(g)(3) that Tim J. Vanden Heuvel and Sondra R. Levine of the law firm Lewis Brisbois Bisgaard & Smith, LLP, be permitted to withdraw as co-counsel in the present action. Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. will continue to be represented by Attorneys Richard L. Stone and Amy Marshall Gallegos of the law firm Jenner & Block, LLP, and Attorneys William S. Boggs, Edward D. Totino, and Amanda C. Fitzsimmons of the law firm DLA Piper LLP, counsel of record in this action.

DATED: March 20, 2013                     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Tim J. Vanden Heuvel
Tim J. Vanden Heuvel
Sondra R. Levine
Attorneys for ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC.

4813-0262-4531.1                    2                    11-md-2286-MMA (MDD)

MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD FOR DEFENDANTS ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL IN SUPPORT THEREOF

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC., by this Motion, seek an order of the Court, pursuant to Civ. L.R. 83.3(g)(3), allowing Lewis Brisbois Bisgaard & Smith LLP, and each, every and all of its attorneys, to withdraw as counsel of record for Defendants. Counsel seeks to withdraw from representation with the consent of its clients. Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. will continue to receive adequate representation by the remaining competent attorneys representing Defendants in this action, that is, Attorneys Richard L. Stone and Amy Marshall Gallegos of the law firm Jenner & Block, LLP, and Attorneys William S. Boggs, Edward D. Totino, and Amanda C. Fitzsimmons of the law firm DLA Piper LLP, counsel of record in this action, resulting in no prejudice to Defendants.

## II.   GOOD CAUSE EXISTS TO ALLOW COUNSEL TO WITHDRAW

### A.   Clients have Consented the Withdrawal

Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. have consented to the withdrawal.

### B.   Adequate Representation Remains

Richard L. Stone and Amy Marshall Gallegos of the law firm Jenner & Block, LLP, will continue to provide Defendants with adequate representation during the remainder of the litigation. The attorneys from Jenner & Block, LLP have represented Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. from the outset of this litigation.  Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. are also represented by William S. Boggs, Edward D. Totino, and Amanda C. Fitzsimmons of the law firm DLA Piper LLP who appeared on behalf of Defendants' on November 13, 2012.  DLA Piper, LLP and its attorneys William S. Boggs, Edward D. Totino, and Amanda C. Fitzsimmons

will continue to provide Defendants with adequate representation during the remainder of the litigation.

### III. A WITHDRAWAL WILL NOT CAUSE DELAY OR PREJUDICE

Allowing counsel to withdraw will not cause delay in the defense of this action, nor any prejudice to Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. since competent counsel remain to defend this action. This is not a situation where the client would be left without representation. As Jenner & Block, LLP has been counsel of record since the outset of the litigation, and DLA Piper LLP also concurrently represent the Defendants, the withdrawal of counsel should have no impact on the timeline of the litigation.

### IV. CONCLUSION

For all the foregoing reasons, Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. respectfully request that Lewis Brisbois Bisgaard & Smith LLP, and each, every and all of its attorneys, be allowed to withdraw as counsel of record for Defendants.

DATED: March 20, 2013         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Tim J. Vanden Heuvel_
Tim J. Vanden Heuvel
Sondra R. Levine
Attorneys for ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC.

## DECLARATION OF TIM J. VANDEN HEUVEL

I, Tim J. Vanden Heuvel, declare and state as follows:

1. I am a partner at the law firm of Lewis Brisbois Bisgaard & Smith LLP ("LBBS"). I have personal knowledge of the matters set forth below, and if called on to testify as a witness, I could and would do so competently.

2. LBBS was retained by Chartis Insurance to appear on behalf of its insured ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. in the present TCPA action, Case No. 11-md-2286-MMA (MDD).

3. LBBS filed a Notice of Association of Counsel on July 13, 2012. [See Docket Entry 24]. Prior to, and since LBBS appeared as co-counsel for Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC., Defendants were represented in this action by Richard L. Stone and Amy Marshall Gallegos of the law firm Jenner & Block, LLP.

4. On or about November 13, 2012 attorneys William S. Boggs, Edward D. Totino, and Amanda C. Fitzsimmons of the law firm DLA Piper LLP filed a Notice of Appearance on behalf of Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. [See Docket Entries 33, 34, and 35].

5. LBBS' withdraw as counsel will not affect the representation of Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC., who will still be represented by Richard L. Stone and Amy Marshall Gallegos of the law firm Jenner & Block, LLP, and William S. Boggs, Edward D. Totino, and Amanda C. Fitzsimmons of the law firm DLA Piper LLP.

6. Defendants ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC., consent to the withdraw of attorneys Tim J. Vanden Heuvel and Sondra R. Levine, and the law firm of Lewis Brisbois Bisgaard & Smith LLP as co-counsel of records in this matter.

7. On March 20, 2013 my office filed the instant motion requesting an order of the Court permitting attorneys Tim J. Vanden Heuvel and Sondra R. Levine, and the law firm of Lewis Brisbois Bisgaard & Smith LLP to withdraw as co-counsel of records in this matter.

8. Pursuant to Local Rules Civ. L.R. 83.3(g)(3), my office served a copy of the instant Motion to Withdraw as Co-Counsel on all parties to this litigation by electronic service on March 20, 2013. A true and correct copy of the proof of service is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I execute this declaration on March 20, 2013 at San Diego, California.

      /s/Tim J. Vanden Heuvel
Tim J. Vanden Heuvel

**EXHIBIT "A"**

# FEDERAL COURT PROOF OF SERVICE

*In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation*
U.S.D.C. Southern District Case No. 3:11-md-2286-MMA (MDD)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 701 B Street, Suite 1900, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 20, 2013, I served the following document(s):

**MOTION FOR TIM J. VANDEN HEUVEL AND SONDRA R. LEVINE, OF LEWIS BRISBOIS BISGAARD & SMITH LLP TO WITHDRAW AS CO-COUNSEL OF RECORD FOR DEFENDANTS ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL IN SUPPORT THEREOF**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Abbas Kazerounian  ak@kazlg.com, abbas.kazerooni@gmail.com
Alexander H. Burke  ABurke@BurkeLawLLC.com, alburke@gmail.com
Amanda Catherine Fitzsimmons  amanda.fitzsimmons@dlapiper.com, sue.walls@dlapiper.com
Amy M. Gallegos  agallegos@jenner.com, dvalencia@jenner.com, eglickstein@jenner.com, jschneider@jenner.com, malfaro@jenner.com, mreyes@jenner.com, rstone@jenner.com
Brett J Natarelli  bnatarelli@dykema.com
Brian J. Trenz  Brian@helpingtexas.com, Letty@helpingtexas.com
Cassandra P. Miller  cmiller@edcombs.com
Cathleen M. Combs  ccombs@edcombs.com
Curtis Charles Warner  cwarner@warnerlawllc.com
Daniel A. Edelman  dedelman@edcombs.com, courtecl@edcombs.com
David P. Schafer  David@helpingtexas.com, Letty@helpingtexas.com
Douglas J Campion  doug@djcampion.com
Edward D Totino  edward.totino@dlapiper.com, ann.lozinski@dlapiper.com, docketingla@dlapiper.com
Ethan A. Glickstein  eglickstein@jenner.com, dvalencia@jenner.com
Francis Richard Greene  fgreene@edcombs.com, courtecl@edcombs.com
James Michael Golden  jgolden@dykema.com
James O. Latturner  jlatturner@edcombs.com, courtecl@edcombs.com
John Anthony Love  tlove@kslaw.com
Joseph Darrell Palmer  darrell.palmer@palmerlegalteam.com, maria.carapia@palmerlegalteam.com
Joshua Swigart  josh@westcoastlitigation.com, ecf@westcoastlitigation.com
Keasha Ann Broussard  abroussard@kslaw.com
Renee Lynn Zipprich  rzipprich@dykema.com
Robert W. Murphy  rphyu@aol.com
Theodore W. Seitz  tseitz@dykema.com, kschaeffer@dykema.com
William S Boggs  william.boggs@dlapiper.com, bonnie.lott@dlapiper.com, catherine.orth@dlapiper.com

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-9539-0483.1

1

PROOF OF SERVICE

1 | The documents were served by the following means:

2 | ☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

3 |

4 | I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

5 |

6 | Executed on March 20, 2013, at San Diego, California.

7 |

8 | _____
Jennifer Cannone

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-9539-0483.1

2

PROOF OF SERVICE