WILLIAM S. BOGGS (Bar No. 53013)
william.boggs@dlapiper.com
AMANDA C. FITZSIMMONS (Bar No. 258888)
amanda.fitzsimmons@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Defendants
Midland Funding LLC, Midland Credit Management, Inc.,
and Encore Capital Group

[Additional Counsel Listed on Signature Page]

Douglas J. Campion
LAW OFFICES OF DOUGLAS J. CAMPION, APC
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108-3551
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Ste, 1800
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

Co-Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION. | Case No.  11-md-2286 MMA (MDD) |
| | Member Cases:  10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370 |
| | **JOINT MOTION TO CONTINUE DEADLINES IN AMENDED CASE MANAGEMENT ORDER RE: DISCOVERY THROUGH FILING OF CLASS CERTIFICATION MOTION** |

On March 14, 2013, the parties participated in a mediation with Judge Herbert B. Hoffman (Ret.).  Although the parties did not reach a settlement, the parties made progress and scheduled another mediation with Judge Hoffman on April 16, 2013.

On March 22, 2013, the parties filed a Joint Motion to Vacate Deadlines and Set a Case Management Conference.  (Doc. No. 56.)  The parties requested that the dates be vacated because the current case management order did not allow sufficient time for the parties to complete the mediation process.

On March 25, 2013, the Court issued an Amended Case Management Order Re: Discovery Through Filing of Class Certification Motion, setting a telephonic case management conference for three days after the anticipated mediation, April 19, 2013 and continuing the various dates in the case management order.  (Doc. No. 55.)

On April 8, 2013, Defendant Encore Capital Group ("Encore") announced that its board of directors had elected Ken Veccione to succeed Brandon Black as the company's chief executive officer.  As a result, shortly thereafter the parties and Judge Hoffman agreed to continue the mediation scheduled for April 16, 2013 to June 17, 2013 so as to allow sufficient time for Encore to transition leadership responsibilities from Mr. Black to Mr. Veccione and provide Encore with an opportunity to review its settlement position with the company's new leadership.

In light of the mediation being continued, on April 17, 2013, the parties filed a joint motion to extend the scheduling order regulating discovery through the filing of class certification motion.  (Doc. No. 59.)  That same day, the Court issued an order granting the parties' request and extending the various dates in the scheduling order.  (Doc. No. 58.)

On June 17, 2013, the parties participated in another all-day mediation session with Judge Hoffman.  The parties and Judge Hoffman found the mediation session to be productive and have mutually agreed to meet for two consecutive

-1-

1    additional sessions of mediation on August 26 & 27, 2013.  Calendaring conflicts

2    did not permit an earlier mediation.

3         Accordingly, the parties respectfully request that the Court continue the dates

4    currently set in its Amended Case Management Order Re: Discovery Through

5    Filing of Class Certification Motion as follows:

6         1.    All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be

7    served on all parties on or before September 30, 2013.  Any contradictory or

8    rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on

9    or before October 28, 2013.

10        2.    The deadline to complete all fact and expert discovery necessary to

11   support or oppose class certification shall be continued from September 25, 2013 to

12   December 13, 2013.

13        3.    The deadline to file any motion for class certification shall be

14   continued from October 28, 2013 to January 10, 2014.

15   Dated:  July 3, 2013

16                               By  s/ William S. Boggs
                                    WILLIAM S. BOGGS
17                                  EDWARD D. TOTINO
                                    AMANDA C. FITZSIMMONS
18                                  DLA PIPER LLP (US)

19                                  RICHARD L. STONE
                                    AMY M. GALLEGOS
20                                  ETHAN A. GLICKSTEIN
                                    JENNER & BLOCK LLP
21
                                    Attorneys for Defendants
22                                  Midland Funding LLC, Midland Credit
                                    Management, Inc., and Encore Capital
23                                  Group

24

25

26

27

28

-2-

1    Dated:  July 3, 2013

2                                          LAW OFFICES OF DOUGLAS J.
                                           CAMPION, APC
3

4                                          By  s/ Douglas J. Campion
                                              DOUGLAS J. CAMPION
5

6    Dated:  July 3, 2013

7                                          EDELMAN, COMBS, LATTURNER &
                                           GOODWIN, LLC
8

9                                          By   s/ James O. Latturner
                                              JAMES O. LATTURNER
10

11                                            Co-Lead Counsel for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                             -3-

1

CERTIFICATE OF SERVICE

2           I certify that on July 3, 2013, I caused a true and correct copy of the

3  **Joint Motion to Continue Deadlines in Amended Case Management Order Re:**

4  **Discovery Through Filing of Class Certification Motion** to be filed electronically

5  with the Clerk of the Court through the CM/ECF System which will send

6  notification of such filing to the e-mail addresses denoted in the Electronic Mail

7  Notice List appearing on Pacer.

8           I certify under penalty of perjury under the laws of the United States of

9  America that the foregoing is true and correct.

10           Executed on  July 3, 2013 at San Diego, California.

11

Dated:  July 13, 2013

12

13                            By  _s/William S. Boggs_
                                 WILLIAM S. BOGGS

14                                 EDWARD D. TOTINO
                                 AMANDA C. FITZSIMMONS

15                                 DLA PIPER LLP (US)

16                                 RICHARD L. STONE
                                 AMY M. GALLEGOS

17                                 ETHAN A. GLICKSTEIN
                                 JENNER & BLOCK LLP

18

19                                 Attorneys for Defendants
                                 Midland Funding LLC, Midland Credit

20                                 Management, Inc., and Encore Capital
                                 Group

21

22

23

24

25

26

27

28

WEST\223299266.1                                                       11CV0069 WQH (WVG)