WILLIAM S. BOGGS (Bar No. 53013)
william.boggs@dlapiper.com
AMANDA C. FITZSIMMONS (Bar No. 258888)
amanda.fitzsimmons@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Defendants
Midland Funding LLC, Midland Credit Management, Inc.,
and Encore Capital Group

[Additional Counsel Listed on Signature Page]

Douglas J. Campion
LAW OFFICES OF DOUGLAS J. CAMPION, APC
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108-3551
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Ste, 1800
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION. | Case No.  11-md-2286 MMA (MDD)<br><br>Member Cases:  10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**JOINT MOTION TO CONTINUE DEADLINES IN AMENDED CASE MANAGEMENT ORDER RE: DISCOVERY THROUGH FILING OF CLASS CERTIFICATION MOTION** |

On March 14, 2013, the parties participated in a mediation with Judge Herbert B. Hoffman (Ret.).  Although the parties did not reach a settlement, the parties made progress and scheduled another mediation with Judge Hoffman on April 16, 2013.

On March 22, 2013, the parties filed a Joint Motion to Vacate Deadlines and Set a Case Management Conference.  (Doc. No. 56.)  The parties requested that the dates be vacated because the current case management order did not allow sufficient time for the parties to complete the mediation process.

On March 25, 2013, the Court issued an Amended Case Management Order Re: Discovery Through Filing of Class Certification Motion, setting a telephonic case management conference for three days after the anticipated mediation, April 19, 2013 and continuing the various dates in the case management order.  (Doc. No. 55.)

On April 8, 2013, Defendant Encore Capital Group ("Encore") announced that its board of directors had elected Ken Veccione to succeed Brandon Black as the company's chief executive officer.  As a result, shortly thereafter the parties and Judge Hoffman agreed to continue the mediation scheduled for April 16, 2013 to June 17, 2013 so as to allow sufficient time for Encore to transition leadership responsibilities from Mr. Black to Mr. Veccione and provide Encore with an opportunity to review its settlement position with the company's new leadership.

In light of the mediation being continued, on April 17, 2013, the parties filed a joint motion to extend the scheduling order regulating discovery through the filing of class certification motion.  (Doc. No. 59.)  That same day, the Court issued an order granting the parties' request and extending the various dates in the scheduling order.  (Doc. No. 58.)

On June 17, 2013, the parties participated in another all-day mediation session with Judge Hoffman.  The parties and Judge Hoffman found the mediation session to be productive and have mutually agreed to meet for additional sessions

-1-

1    of mediation on August 26 & 27, 2013.  Calendaring conflicts did not permit an

2    earlier mediation.

3           On July 3, 2013, the parties filed a joint motion to extend the scheduling

4    order regulating discovery through the filing of class certification motion.  (Doc.

5    No. 61.)  On July 16, 2013, the Court issued an order granting the parties' request

6    and extending the various dates in the scheduling order.  (Doc. No. 62.)

7           The parties met for another all-day mediation session on August 27, 2013

8    before Judge Hoffman (the August 26, 2013 date having been cancelled due to

9    unforeseen scheduling conflicts) and made significant progress.  The parties agreed

10   to meet for another all-day mediation session before Judge Hoffman on October 22,

11   2013.  Calendaring conflicts did not permit scheduling this session at an earlier

12   date.

13          Accordingly, the parties respectfully request that the Court continue the dates

14   currently set in its Amended Case Management Order Re: Discovery Through

15   Filing of Class Certification Motion (Doc. No. 62) as follows:

16          1.     All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be

17   served on all parties on or before January 10, 2014.  Any contradictory or rebuttal

18   disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or

19   before February 7, 2014.

20          2.     The deadline to complete all fact and expert discovery necessary to

21   support or oppose class certification shall be continued from December 13, 2013 to

22   March 14, 2013.

23          3.     The deadline to file any motion for class certification shall be

24   continued from January 10, 2014 to April 11, 2014.

25

26

27

28

Dated:  September 4, 2013

By  s/  Edward D. Totino
_____
WILLIAM S. BOGGS
EDWARD D. TOTINO
AMANDA C. FITZSIMMONS
DLA PIPER LLP (US)

RICHARD L. STONE
AMY M. GALLEGOS
ETHAN A. GLICKSTEIN
JENNER & BLOCK LLP

Attorneys for Defendants
Midland Funding LLC, Midland Credit
Management, Inc., and Encore Capital
Group

Dated:  September 4, 2013

LAW OFFICES OF DOUGLAS J.
CAMPION, APC

By  s/  Douglas J. Campion
_____
DOUGLAS J. CAMPION

Dated:  September 4, 2013

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC

By  s/  James O. Latturner
_____
JAMES O. LATTURNER

Co-Lead Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California, 90067.  On September 4, 2013, I served the within document(s):

**JOINT MOTION TO CONTINUE DEADLINES IN AMENDED CASE MANAGEMENT ORDER RE: DISCOVERY THROUGH FILING OF CLASS CERTIFICATION MOTION**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, for delivery via overnight/express service carrier at San Diego, California addressed as set forth below.

☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below on this date before the close of normal business hours.

☐     by transmitting via electronic mail a copy of the document(s) listed above in .pdf format, with no transmission errors reported, to the person(s) at the e-mail address(es) denoted on the Electronic Mail notice list.

☒     I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on September 4, 2013, at Los Angeles, California.

_____
Ann Lozinski

-1-