**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

FILED
OCT 17 2013

IN RE: MIDLAND CREDIT MANAGEMENT, INC.,
TELEPHONE CONSUMER PROTECTION
ACT LITIGATION

Hinkle v. Midland Credit Management Inc. et al., )
    S.D. Georgia, C.A. No. 3:13-00033 ) MDL No. 2286
)

## ORDER REVOKING FINAL CONDITIONAL TRANSFER ORDER

A final conditional transfer order was filed in this matter on October 16, 2013, lifting the stay in this action which had purportedly not opposed transfer. That order was issued in error.

IT IS THEREFORE ORDERED that the Panel's final conditional transfer order designated as "CTO-10" filed on October 7, 2013, is REVOKED.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel