WILLIAM S. BOGGS (Bar No. 53013)
william.boggs@dlapiper.com
AMANDA C. FITZSIMMONS (Bar No. 258888)
amanda.fitzsimmons@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Defendants
Midland Funding LLC, Midland Credit Management, Inc.,
and Encore Capital Group

[Additional Counsel Listed on Signature Page]

Douglas J. Campion
LAW OFFICES OF DOUGLAS J. CAMPION, APC
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108-3551
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Ste, 1800
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION. | Case No.  11-md-2286 MMA (MDD)<br><br>Member Cases:  10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**JOINT MOTION TO CONTINUE DEADLINES IN AMENDED CASE MANAGEMENT ORDER RE: DISCOVERY THROUGH FILING OF CLASS CERTIFICATION MOTION** |

1    Since commencing the mediation process in March, 2013 with Judge Herbert
2    Hoffman, the Parties have requested several continuances of the Court's scheduling
3    dates, due to the process taking longer than first anticipated. This request to
4    continue the existing dates should be the last such request, but necessary because
5    the continued dates are approaching. The below chronology was previously
6    submitted to the Court in prior requests but repeated herein for the Court's
7    reference.
8    On March 14, 2013, the parties participated in a mediation with Judge
9    Herbert B. Hoffman (Ret.). Although the parties did not reach a settlement, the
10   parties made progress and scheduled another mediation with Judge Hoffman on
11   April 16, 2013.
12   On March 22, 2013, the parties filed a Joint Motion to Vacate Deadlines and
13   Set a Case Management Conference. (Doc. No. 56.) The parties requested that the
14   dates be vacated because the current case management order did not allow
15   sufficient time for the parties to complete the mediation process.
16   On March 25, 2013, the Court issued an Amended Case Management Order
17   Re: Discovery Through Filing of Class Certification Motion, setting a telephonic
18   case management conference for three days after the anticipated mediation, April
19   19, 2013 and continuing the various dates in the case management order. (Doc. No.
20   55.)
21   On April 8, 2013, Defendant Encore Capital Group ("Encore") announced
22   that its board of directors had elected Ken Veccione to succeed Brandon Black as
23   the company's chief executive officer. As a result, shortly thereafter the parties and
24   Judge Hoffman agreed to continue the mediation scheduled for April 16, 2013 to
25   June 17, 2013 so as to allow sufficient time for Encore to transition leadership
26   responsibilities from Mr. Black to Mr. Veccione and provide Encore with an
27   opportunity to review its settlement position with the company's new leadership.
28   /////

1  In light of the mediation being continued, on April 17, 2013, the parties filed
2  a joint motion to extend the scheduling order regulating discovery through the filing
3  of class certification motion. (Doc. No. 59.) That same day, the Court issued an
4  order granting the parties' request and extending the various dates in the scheduling
5  order. (Doc. No. 58.)

6  On June 17, 2013, the parties participated in another all-day mediation
7  session with Judge Hoffman. The parties and Judge Hoffman found the mediation
8  session to be productive and mutually agreed to meet for additional session of
9  mediation on August 27, 2013.

10  On July 3, 2013, the parties filed a joint motion to extend the scheduling
11  order regulating discovery through the filing of class certification motion. (Doc.
12  No. 61.) On July 16, 2013, the Court issued an order granting the parties' request
13  and extending the various dates in the scheduling order. (Doc. No. 62.)

14  The parties met for another all-day mediation session on August 27, 2013
15  before Judge Hoffman and made significant progress. The parties agreed to meet
16  for another all-day mediation session before Judge Hoffman on October 22, 2013.

17  On September 4, 2013, the parties filed a joint motion to extend the
18  scheduling order regulating discovery through the filing of class certification
19  motion. (Doc. No. 63.) On September 18, 2013, the Court issued an order granting
20  the parties' request and extending the various dates in the scheduling order. (Doc.
21  No. 64.)

22  On December 17, 2013, the parties met for another all-day mediation session
23  before Judge Hoffman. During this session, the parties made substantial progress
24  toward settlement, and believe an agreement is close. If an additional session is
25  necessary, the parties agreed to meet for another all-day mediation session before
26  Judge Hoffman on February 28, 2014 to work out remaining terms of the
27  settlement. The parties believe that further mediation sessions beyond the
28  February 28, 2014 session will not be necessary, but reserve their right to request a

-2-

1  further continuance should they be unable to conclude the mediation prior to the
2  deadlines requested herein.
3      Accordingly, the parties respectfully request that the Court continue the dates
4  currently set in its Amended Case Management Order Re: Discovery Through
5  Filing of Class Certification Motion (Doc. No. 64) by approximately 90 days, as
6  follows:
7      1.    All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be
8  served on all parties on or before April 18, 2014.  Any contradictory or rebuttal
9  disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or
10 before May 9, 2014.
11     2.    The deadline to complete all fact and expert discovery necessary to
12 support or oppose class certification shall be continued from March 14, 2014 to
13 June 13, 2014.
14     3.    The deadline to file any motion for class certification shall be
15 continued from April 11, 2014 to July 11, 2014.

Dated:  January 8, 2014

By s/ William S. Boggs
WILLIAM S. BOGGS
EDWARD D. TOTINO
AMANDA C. FITZSIMMONS
DLA PIPER LLP (US)

RICHARD L. STONE
AMY M. GALLEGOS
ETHAN A. GLICKSTEIN
JENNER & BLOCK LLP

Attorneys for Defendants
Midland Funding LLC, Midland Credit
Management, Inc., and Encore Capital
Group

-3-

1 | Dated:  January 8, 2014

2 | LAW OFFICES OF DOUGLAS J. CAMPION, APC

4 | By  s/  Douglas J. Campion
    DOUGLAS J. CAMPION

6 | Dated:  January 8, 2014

7 | EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

9 | By   s/  James O. Latturner
     JAMES O. LATTURNER

    Co-Lead Counsel for Plaintiffs

-4-

WEST\245820777.2

JOINT MOTION TO CONTINUE DEADLINES
CASE NO. 11-MD-2286 MMA (MDD)