# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>Member Cases:<br>10cv2261  10cv2600<br>11cv2368  11cv2370<br>12cv2789  13cv1517<br>13cv1519  13cv1478<br>13cv1599<br><br>AMENDED CASE MANAGEMENT ORDER RE: DISCOVERY THROUGH FILING OF CLASS CERTIFICATION MOTION<br><br>[ECF NO. 71] |

On January 8, 2014, the parties filed a sixth Joint Motion To Continue Deadlines in Amended Case Management Order Re: Discovery Through Filing of Class Certification Motion. (ECF No. 71). After reviewing the motion, the Court finds good cause exists to amend the scheduling order as follows:

1. All fact and expert discovery necessary to support or oppose class certification shall be completed by *June 13, 2014.* "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a

1  sufficient period of time in advance of the cut-off date, so that it may be
2  completed by the cut-off date, taking into account the times for service,
3  notice and response as set forth in the Federal Rules of Civil Procedure.
4  Counsel shall promptly and in good faith meet and confer with regard to
5  all discovery disputes in compliance with Local Rule 26.1(a).  Counsel are
6  to comply with the chambers rules of the Magistrate Judge in bringing
7  discovery disputes before the court.

8       2.  All expert disclosures required by Fed.R.Civ.P. 26(a)(2) shall be
9  served on all parties on or before ***April 18, 2014***.  Any contradictory or
10 rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be
11 disclosed on or before ***May 9, 2014.***  Unless otherwise stipulated by the
12 parties, the required expert disclosures shall include an expert report as
13 required by Rule 26(a)(2)(B).  If a written report is not required, the
14 disclosure must provide the information required under Rule 26(a)(2)(c).

15      3.  On or before ***July 11, 2014***, any motion for class certification
16 shall be filed.

17      4.  Within five (5) days of a ruling on a motion for class certification,
18 the parties must contact the Court to arrange a further case
19 management conference.

20      IT IS SO ORDERED.
21 DATED: January 12, 2014

Hon. Mitchell D. Dembin
U.S. Magistrate Judge