# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>ORDER FOR TELEPHONIC CASE MANAGEMENT CONFERENCE |

Based upon the status of the case, a telephonic case management conference will be held on **April 23, 2014, at 2:30 p.m.** Counsel only are required to participate. *Counsel are ordered to use the dial-in information sent as a separate notice to access the Court's teleconference service.*

IT IS SO ORDERED.

DATED: April 14, 2014

Hon. Mitchell D. Dembin
U.S. Magistrate Judge