# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>ORDER FOR TELEPHONIC STATUS CONFERENCE |

A case management conference was held on April 23, 2014. After hearing from counsel, and based upon the status of the case, the Court will hold a telephonic status conference **on June 24, 2014, at 9:15 a.m.** Lead Counsel and Liaison Counsel only are required to participate. Participation of non-lead or liaison counsel is not required. *Counsel are ordered to use the dial-in information sent as a separate notice to access the Court's teleconference service.*

IT IS SO ORDERED.

DATED: April 24, 2014

Hon. Mitchell D. Dembin
U.S. Magistrate Judge