# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>ORDER AMENDING CASE MANAGEMENT ORDER AND SETTING A TELEPHONIC STATUS CONFERENCE |

A case management conference was held on April 23, 2014. After hearing from counsel, and based upon the status of the case, the Court issues the following order:

1. All expert disclosures required by Fed.R.Civ.P. 26(a)(2) shall be served on all parties on or before ***June 18, 2014***. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before ***July 9, 2014.*** Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(c).

2. All fact and expert discovery necessary to support or oppose class certification shall be completed by ***August 13, 2014.*** "Completed"

means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). Counsel are to comply with the chambers rules of the Magistrate Judge in bringing discovery disputes before the court.

3. On or before *September 11, 2014*, any motion for class certification shall be filed.

4. The Court will hold a telephonic status conference **on June 24, 2014, at 9:15 a.m.** Lead Counsel and Liaison Counsel only are required to participate. Participation of non-lead or liaison counsel is not required. *Counsel are ordered to use the dial-in information sent as a separate notice to access the Court's teleconference service.*

IT IS SO ORDERED.

DATED: April 25, 2014

Hon. Mitchell D. Dembin
U.S. Magistrate Judge