# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>ORDER AMENDING CASE MANAGEMENT ORDER AND SETTING A TELEPHONIC STATUS CONFERENCE |

A case management conference was held on June 24, 2014. After hearing from counsel, and based upon the status of the case, the Court issues the following order:

1. During the telephonic conference, counsel indicated a desire to file a new joint motion to continue discovery deadlines. Therefore, the pending joint motion to continue discovery deadlines filed June 18, 2014, is denied without prejudice. (ECF No. 101).

2. The Court will hold a further telephonic status conference **on July 31, 2014, at 9:15 a.m.** Lead Counsel and Liaison Counsel only are required to participate. Participation of non-lead or liaison counsel is not required. *Counsel are ordered to use the dial-in information sent as a*

*separate notice to access the Court's teleconference service.*

    IT IS SO ORDERED.

DATED: June 24, 2014

                                         Hon. Mitchell D. Dembin
                                         U.S. Magistrate Judge