1  WILLIAM S. BOGGS (Bar No. 53013)
   william.boggs@dlapiper.com
2  AMANDA C. FITZSIMMONS (Bar No. 258888)
   amanda.fitzsimmons@dlapiper.com
3  DLA PIPER LLP (US)
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.2700
5  Fax:  619.699.2701

6  Attorneys for Defendants
   Midland Funding LLC, Midland Credit Management, Inc.,
7  and Encore Capital Group

8  [Additional Counsel Listed on Signature Page]

9  Douglas J. Campion
   LAW OFFICES OF DOUGLAS J. CAMPION, APC
10 doug@djcampion.com
   409 Camino Del Rio South, Suite 303
11 San Diego, CA 92108-3551
   Telephone: (619) 299-2091
12 Facsimile: (619) 858-0034

13 James O. Latturner
   EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
14 120 South LaSalle Street, Ste, 1800
   Chicago, IL 60603
15 Telephone: (312) 739-4200
   Facsimile: (312) 419-0379
16
   Co-Lead Counsel for Plaintiffs
17

18                    UNITED STATES DISTRICT COURT

19                   SOUTHERN DISTRICT OF CALIFORNIA

20 | IN RE:  MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION. | Case No.  11-md-2286 MMA (MDD) |
   | --- | --- |
   | | Member Cases:  10-cv-02261 |
   | | 10-cv-02600 |
   | | 10-cv-02368 |
   | | 10-cv-02370 |
   | | **JOINT MOTION TO CONTINUE EXPERT DISCLOSURE, DISCOVERY AND CLASS CERTIFICATION DEADLINES** |

1  Following the telephonic status conference held on June 24, 2014 with United States Magistrate Judge Mitchell D. Dembin, the parties file this Joint Motion to Continue Expert Disclosure, Discovery and Class Certification Deadlines.  The parties continue to work to reduce the terms of their settlement to writing, have exchanged several drafts of the settlement Memorandum of Understanding, and are scheduled to meet with the mediator Judge Herbert Hoffman (Ret.) on July 10, 2014.

The Court's Order Amending Case Management Order issued April 25, 2014 (Doc. No. 88), sets the deadline for expert disclosures required by Fed. R. Civ. P. 26(a)(2) as June 18, 2014, the deadline for contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) as July 9, 2014, the deadline for completion of fact and expert discovery as August 13, 2014, and the deadline for Plaintiffs to file a motion for class certification of September 11, 2014.

Given that reducing the settlement to writing is taking longer than expected, the parties request that these deadlines be extended to the following:

1. All expert disclosures required by Fed.R.Civ.P. 26(a)(2) shall be served on all parties on or before August 1, 2014.

2. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be served on all parties on or before August 22, 2014.

3. All fact and expert discovery necessary to support or oppose class certification shall be completed by September 30, 2014.

4. On or before October 27, 2014, any motion for class certification shall be filed.

DLA PIPER LLP (US)
SAN DIEGO

WEST\248593798.1

-1-

JOINT MOTION TO CONTINUE DISCOVERY DEADLINES
11-MD-2286 MMA (MDD)

Dated: June 25, 2014

By  s/ Edward D. Totino
WILLIAM S. BOGGS
EDWARD D. TOTINO
AMANDA C. FITZSIMMONS
**DLA PIPER LLP (US)**

RICHARD L. STONE
AMY M. GALLEGOS
ETHAN A. GLICKSTEIN
JENNER & BLOCK LLP

Attorneys for Defendants
Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group

Dated: June 25, 2014

LAW OFFICES OF DOUGLAS J. CAMPION, APC

By  s/ Douglas J. Campion
DOUGLAS J. CAMPION

Dated: June 25, 2014

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

By  s/ James O. Latturner
JAMES O. LATTURNER

Co-Lead Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California, 90067. On June 26, 2014, I served the within document(s):

**JOINT MOTION TO CONTINUE EXPERT DISCLOSURE, DISCOVERY AND CLASS CERTIFICATION DEADLINES**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, for delivery via overnight/express service carrier at San Diego, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below on this date before the close of normal business hours.
- ☐ by transmitting via electronic mail a copy of the document(s) listed above in .pdf format, with no transmission errors reported, to the person(s) at the e-mail address(es) denoted on the Electronic Mail notice list.
- ☒ I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 26, 2014, at Los Angeles, California.

_____
Ann Lozinski