Case 3:11-md-02286-MMA-MDD Document 111 Filed 07/01/14 Page 1 of 1

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
JUL 0 1 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN RE: MIDLAND CREDIT MANAGEMENT,
INC., TELEPHONE CONSUMER PROTECTION
ACT LITIGATION

Jean-Pierre (Meyers), et al. v. Verizon Communications Inc., ) 
et al, N.D. Georgia, C.A. No. 1:14-01545 ) MDL No. 2286
)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Jean-Pierre (Meyers)*) on June 10, 2014. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Jean-Pierre (Meyers)* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-38" filed on June 10, 2014, is LIFTED. This action is transferred to the Southern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Michael M. Anello.

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 7/1/14
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ___ Deputy