UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED

JUL 1 0 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN RE:  MIDLAND CREDIT MANAGEMENT, INC.,
TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION

Jean-Pierre (Meyers), et al. v. Verizon Communications     )
Inc. et al,  N.D. Georgia, C.A. No. 1:14-01545               )               MDL No. 2286

14CV1590-MMA-MDD

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

        On June 10, 2014, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, the above-captioned action (*Jean-Pierre (Meyers)*).  Prior to expiration of that order's 7-day stay of transmittal, pro se plaintiffs filed a notice of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.  In the absence of the required motion and brief, the stay of transmittal with regard to *Jean-Pierre (Meyers)* was lifted on July 1, 2014, and the action was transferred to the Southern District of California.  Subsequently, on July 10, 2014, the Panel received a motion to reinstate the conditional transfer order filed by plaintiffs.

        Although the pro se plaintiffs failed to file a motion, they attached a copy of their brief to their notice of opposition.  The Panel is persuaded, in this instance, that reinstatement of the conditional transfer order in *Jean-Pierre (Meyers)* is justified in order to permit plaintiffs to pursue their opposition to transfer.

        IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-38" filed on June 10, 2014, is REINSTATED insofar as it relates to this action.

        IT IS FURTHER ORDERED that plaintiffs' brief is accepted for filing as of the date of this order.

        IT IS FURTHER ORDERED that plaintiffs file the required motion to vacate "CTO-38" on or before July 24, 2014.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel