1  WILLIAM S. BOGGS (Bar No. 53013)
   william.boggs@dlapiper.com
2  AMANDA C. FITZSIMMONS (Bar No. 258888)
   amanda.fitzsimmons@dlapiper.com
3  DLA PIPER LLP (US)
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.2700
5  Fax:  619.699.2701

6  Attorneys for Defendants
   Midland Funding LLC, Midland Credit Management, Inc.,
7  and Encore Capital Group

8  [Additional Counsel Listed on Signature Page]

9  Douglas J. Campion
   LAW OFFICES OF DOUGLAS J. CAMPION, APC
10 doug@djcampion.com
   409 Camino Del Rio South, Suite 303
11 San Diego, CA 92108-3551
   Telephone: (619) 299-2091
12 Facsimile: (619) 858-0034

13 James O. Latturner
   EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
14 120 South LaSalle Street, Ste, 1800
   Chicago, IL 60603
15 Telephone: (312) 739-4200
   Facsimile: (312) 419-0379

16 Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION. | Case No.  11-md-2286 MMA (MDD)<br><br>Member Cases:  10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**JOINT MOTION TO CONTINUE EXPERT DISCLOSURE, DISCOVERY AND CLASS CERTIFICATION DEADLINES** |

The Parties continue to work on finalizing the settlement reached with the assistance of mediator Judge Herbert Hoffman (Ret.) and have exchanged drafts of the Settlement Agreement.  The Parties had a meeting scheduled for January 8, 2015 to discuss in person the various remaining settlement issues, but that meeting was cancelled due to the illness of Plaintiffs' counsel.  The parties are scheduled to meet in person again on January 20, 2015.  The Parties are therefore requesting that the approaching existing deadlines in the case be extended approximately 60 days to the following:

1. All expert disclosures required by Fed.R.Civ.P. 26(a)(2) shall be served on all parties on or before March 16, 2015.

2. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be served on all parties on or before April 7, 2015.

3. All fact and expert discovery necessary to support or oppose class certification shall be completed by April 20, 2014.

4. The deadline for filing the motion for class certification shall be continued to April 27, 2015.

Dated:  January 14, 2015

By  s/  Edward D. Totino
WILLIAM S. BOGGS
EDWARD D. TOTINO
AMANDA C. FITZSIMMONS
**DLA PIPER LLP (US)**

RICHARD L. STONE
AMY M. GALLEGOS
ETHAN A. GLICKSTEIN
JENNER & BLOCK LLP

Attorneys for Defendants
Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group

Dated: January 14, 2015

                                   EDELMAN, COMBS, LATTURNER & GOODWIN

                                   By  s/  James O. Latturner
                                       JAMES O. LATTURNER

## **CERTIFICATION OF APPROVAL OF CONTENT**

I, Edward D. Totino, counsel for Defendant Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, in this matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion to Continue Expert Disclosure, Discovery and Class Certification Deadlines, and that I have obtained authorization from James O. Latturner, counsel for Plaintiff, for his electronic signature on this Joint Motion.

Dated: January 14, 2015

                                   By  s/  Edward D. Totino
                                     WILLIAM S. BOGGS
                                     EDWARD D. TOTINO
                                     AMANDA C. FITZSIMMONS
                                   **DLA PIPER LLP (US)**

                                   RICHARD L. STONE
                                   AMY M. GALLEGOS
                                   ETHAN A. GLICKSTEIN
                                   JENNER & BLOCK LLP

                                   Attorneys for Defendants Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California, 90067. On January 14, 2015, I served the within document(s):

**JOINT MOTION TO CONTINUE EXPERT DISCLOSURE, DISCOVERY AND CLASS CERTIFICATION DEADLINES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, for delivery via overnight/express service carrier at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below on this date before the close of normal business hours.

☐ by transmitting via electronic mail a copy of the document(s) listed above in .pdf format, with no transmission errors reported, to the person(s) at the e-mail address(es) denoted on the Electronic Mail notice list.

☒ I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on January 14, 2015, at Los Angeles, California.

_____
Ann Lozinski