# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>ORDER AMENDING CASE MANAGEMENT ORDER AND SETTING TELEPHONIC<br><br>[ECF NO. 180] |

On January 14, 2014, the parties filed a Joint Motion to Continue Expert Disclosure, Discovery and Class Certification Deadlines. (ECF No. 180). The Court has reviewed the motion and finds good cause to grant the motion and issues the following amended scheduling order:

1. All expert disclosures required by Fed.R.Civ.P. 26(a)(2) shall be served on all parties on or before ***March 16, 2015***. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before ***April 10, 2015.*** Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(c).

- 1 -                                                                                    11md2286 MMA (MDD)

2. All fact and expert discovery necessary to support or oppose class certification shall be completed by *April 24, 2015.* "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). Counsel are to comply with the chambers rules of the Magistrate Judge in bringing discovery disputes before the court.

3. On or before *May 1, 2015*, any motion for class certification shall be filed.

IT IS SO ORDERED.

DATED: February 18, 2015

Hon. Mitchell D. Dembin
U.S. Magistrate Judge