# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Michael M. Anello

| FROM: N. Peltier, Deputy Clerk | RECEIVED DATE: July 13, 2015 |
|---|---|
| CASE NO.  11-md-02286-MMA-MDD | DOC FILED BY: David E. Mack |

| CASE TITLE:  In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation |
|---|
| DOCUMENT ENTITLED:  Plaintiff David Mack's Opposition and Memorandum to Defendant's Motion for Order Requiring David Mack to Cease Filing Duplicative Litigation |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 - Missing table of contents and/or table of authorities;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded:  July 14, 2015

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to CivLocal Rule 83.1

Date:  July 15, 2015        CHAMBERS OF:  Michael M. Anello

cc: All Parties        By:  s/ Law Clerk