# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION, | CASE NO. 11md2286-MMA (MDD)<br><br>MEMBER CASE NOS:<br>15cv773-MMA (MDD)<br>15cv774-MMA (MDD)<br>15cv775-MMA (MDD)<br>15cv776-MMA (MDD)<br>15cv777-MMA (MDD)<br>15cv783-MMA (MDD)<br>15cv785-MMA (MDD)<br><br>**ORDER DENYING AS MOOT PLAINTIFF DAVID MACK'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION**<br><br>[Doc. No. 238] |

Plaintiff David Mack, proceeding *pro se,* filed an ex parte motion requesting an enlargement of time to file his opposition. Because Plaintiff timely filed his opposition brief [Doc. No. 237], his motion for an enlargement of time is moot.

**IT IS SO ORDERED.**

DATED: July 15, 2015

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge

- 1 -                                                             11md2286-MMA (MDD)