# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE    Michael M. Anello

| FROM:  Valerie Mosqueda, Deputy Clerk | RECEIVED DATE:  July 30, 2015 |
|---|---|
| CASE NO.  11-md-02286-MMA-MDD | DOC FILED BY:  David E. Mack |
| CASE TITLE:  In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation ||
| DOCUMENT ENTITLED:  Request for Order Granting Non-Attorney Litigants ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded:    August 4, 2015

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to CivLocal Rule 83.1

Date:    August 4, 2015         CHAMBERS OF:   Michael M. Anello

cc: All Parties           By:   s/ Law Clerk