| | |
|---|---|
| IN RE MIDLAND CREDIT MANAGEMENT INC. TELPHONE CONSUMER PROTECTION ACT LITIGATION, | CASE NO. 11md2286-MMA (MDD)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE FOR ALL NON-ATTORNEY LITIGANTS TO ACCCESS TO CM/ECF**<br><br>[Doc. No. 250] |

Plaintiff David Mack, proceeding pro se, has filed a motion seeking leave for all non-attorney litigants in member cases of this MDL to file electronically. *See* Doc. No. 250.

In this District, pro se litigants must ordinarily file pleadings in legible paper form, and the Clerk's Office will scan and electronically file the document. However, a pro se party may seek leave of Court to file electronically under § 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual.  To do so, a pro se party "must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." Electronic Case Filing Administrative Policies and Procedures Manual, § 2(b). Further, § 2(b) requires that "[a] pro se party must seek leave to electronically file documents in each case filed." *Id.*

Here, Plaintiff Mack has made no showing with respect to either his equipment and software capabilities or his willingness to follow all rules and policies in the CM/ECF Administrative Policies and Procedures manual.  Accordingly, his motion is procedurally deficient.  Further, because § 2(b) requires a pro se party to seek leave to electronically file in each case, Plaintiff Mack may not seek to electronically file on behalf of *all* pro-se litigants in other member cases.  Finally, as a pro se litigant, Plaintiff Mack already receives a paper copy of every document that is filed by the Court or by Defendant, and Plaintiff Mack has demonstrated that he is capable of staying apprised of this case without CM/ECF access.  For these reasons, the Court **DENIES** Plaintiff's motion for leave to file electronically.

**IT IS SO ORDERED.**

Dated:  August 10, 2015

Hon. Michael M. Anello
United States District Judge