Douglas J. Campion (SBN 75381)
THE LAW OFFICES OF DOUGLAS J. CAMPION, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Email: doug@djcampion.com

James O. Latturner
EDELMAN COMBS LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Email: info@edcombs.com

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 11-md-2286-MMA (MDD)<br>Member cases: 10-cv-02261<br>　　　　　　　　10-cv-02600<br>　　　　　　　　10-cv-02368<br>　　　　　　　　10-cv-02370<br>**CLASS ACTION<br>PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date: December 8, 2015<br>Time: 2:00 p.m.<br>Courtroom: 3A<br>Judge Michael M. Anello |

Case No. 11-md-2286-MMA (MDD)       PLAINTIFFS' NOTICE OF MOTION AND
                                    MOTION FOR PRELIM. APPROVAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 8, 2015, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Michael M. Anello, U. S. District Judge for the Southern District of California, Plaintiffs Christopher Robinson, Eduardo Tovar , and Dave Scardina (hereinafter referred to as "Plaintiffs") will move and hereby do move, for: (i) conditional certification of Plaintiffs as class representatives, (ii) conditional certification of Plaintiffs' attorneys as class counsel, (iii) preliminary approval of Class Action Settlement Agreement pursuant to Rule 23 of the Federal Rules of Civil Procedure, (iv) approval of the manner and form of giving of the Class Notice; and (v) establishment of a time table for providing notice to the class, lodging objections to the terms of the settlement, and holding a hearing regarding final approval of the settlement.

This motion is made on the grounds that: (i) the settlement is in the best interests of the Class Members and the terms of the settlement are within the range of approval; (ii) the proposed manner and form of giving notice of the settlement to Class Members, given the practical constraints of this litigation, would fairly apprise Class Members of the terms of the settlement; and (iii) the proposed timetable for publishing the class notice, lodging objections to the terms of the settlement, and holding a hearing regarding final approval of the settlement is appropriate.

This motion is based on this Notice of Motion and Unopposed Motion, the Memorandum of Points and Authorities, the supporting declarations and attachments thereto (including the Settlement Agreement and Release and proposed forms of Class Notice), and the complete files and records in this action.

LAW OFFICES OF DOUGLAS J. CAMPION, APC

Dated:  November 6, 2015

*/s/ Douglas J. Campion*
Douglas J. Campion
17150 Via Del Campo, Suite 100
San Diego, CA  92127
Telephone: (619) 299-2091

EDELMAN COMBS LATTURNER & GOODWIN, LLC

Dated:  November 6, 2015

*/s/James O. Latturner*
James O. Latturner
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200

Attorneys for Plaintiffs and the Settlement Class