Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Douglas J. Campion (SBN 75381)
doug@djcampion.com
**Law Offices of Douglas J. Campion**
409 Camino Del Rio South, Suite 3030
San Diego, CA 92108

Attorneys for the Plaintiffs and Proposed Settlement Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br>Member cases: 10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br>**DECLARATION OF PLAINTIFF EDUARDO TOVAR IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge Michael M. Anello |

I, EDUARDO TOVAR, declare:

1. I am one of the named Plaintiffs in the above captioned consolidated Multi-District Litigation class action against Midland Funding, LLC ("Midland Funding"), Midland Credit Management, Inc. ("MCM"), and Encore Capital

Group, Inc. ("Encore") (collectively referred to as "Defendants"). If called as a witness, I would competently testify to the matters herein from personal knowledge. I am filing this declaration in support of our request for Preliminary Approval of the settlement.

2. I, through my counsel, brought a class action by and through my attorney's David P. Schafer, Brian J. Trenz, and Kira M. Rubel against Defendants on December 17, 2010 in the United States District Court for the Southern District of California, claiming violation of Section 227(b)(3)(B) of the Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227 *et seq*. The complaint alleged that Defendants violated the TCPA by robocalling my cellular telephone, or using an artificial or prerecorded voice, while attempting to collect a debt without my prior express consent to do so. My case was subsequently transferred to this Court for coordinated and consolidated proceedings.

### FAIRNESS OF SETTLEMENT

3. I have reviewed and signed the Settlement Agreement and have discussed the settlement with my counsel. I believe the settlement is fair and reasonable. I request that the Court approve the settlement. I am willing to serve as a class representative and desire to be appointed as such for purposes of the settlement. I understand the obligations of serving as a class representative; I have represented, and will represent, adequately the interests of the putative class, and I have retained experienced counsel. I understand my tasks as a class representative and I have participated throughout this litigation in the belief I was helping all other persons similarly situated.

4. I understand that my attorneys have requested that the three class representatives be awarded incentive payments of up to $2,500 each (total of

$7,500) to be paid from the Settlement Fund. I understand that any such award has to be approved by the Court.

5. I support the request of my attorneys, Edelman, Combs, Latturner & Goodwin, LLC and Law Offices of Douglas J Campion, APC to be confirmed as class counsel for purposes of this action and for purposes of proceeding with the settlement.

6. I am not aware of any legal differences between me and the members of the settlement class, nor any unique facts about myself that are different from the members of the class for purposes of settlement and certifying a settlement class. To my knowledge, I have no interests in conflict with any other class members.

7. The claims asserted on my behalf in the Consolidated Complaint appear to be the same as the claims of the other class members, and my claims relate to the same issues of law and fact as the other class claims.

I declare under penalty of perjury that the foregoing is true and correct. Executed under the laws of the United States on September 2, 2015.

*/s/ Eduardo Tovar*