1  Douglas J. Campion (SBN 75381)
2  The Law Offices of Douglas J. Campion
   17150 Via Del Campo, Suite 100
3  San Diego, CA 92127
4  Telephone: (619) 299-2091
   Email: doug@djcampion.com
5
6  James O. Latturner
   EDELMAN COMBS LATTURNER  & GOODWIN, LLC
7  120 S. Lasalle Street, Suite 1800
8  Chicago, Illinois 60603
   Telephone: (312) 739-4200
9  Email: info@edcombs.com
10
   Attorney for Plaintiffs and the Settlement Class
11

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 11-md-2286-MMA (MDD) <br><br> Member cases: 10-cv-02261 <br> 10-cv-02600 <br> 10-cv-02368 <br> 10-cv-02370 <br><br> **CLASS ACTION** <br><br> **CERTIFICATE OF SERVICE** |

1

# CERTIFICATE OF SERVICE

The following documents were filed electronically on November 6, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filings through the Court's system.

1. **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

2. **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

3. **DECLARATION OF DOUGLAS J. CAMPION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

4. **DECLARATION OF JAMES O. LATTURNER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

5. **DECLARATION OF DANIEL ROSENTHAL RE SETTLEMENT NOTICE PLAN AND NOTICE DOCUMENTS**

6. **DECLARATION OF CHRISTOPHER ROBINSON IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

7. **DECLARATION OF PLAINTIFF DAVID SCARDINA IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

8. **DECLARATION OF PLAINTIFF EDUARDO TOVAR IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Dated:  November 6, 2015        */s/ Douglas J. Campion*

Douglas J. Campion

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**

Attorneys for Plaintiffs

3