# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 2286-MMA (MDD)<br><br>**ORDER CONVERTING STATUS HEARING TO MOTION HEARING** |

A status hearing is currently scheduled in the above-captioned multidistrict litigation for December 8, 2015 at 2:00 p.m. On November 6, 2015, Plaintiffs Christopher Robinson, Eduardo Tovar, and Dave Scardina (collectively "Plaintiffs"), filed a motion for preliminary approval of a proposed settlement of the litigation. *See* Doc. No. 281.

Accordingly, **IT IS HEREBY ORDERED**:

1. The previously scheduled status hearing is converted to a hearing on Plaintiffs' pending motion for preliminary approval.

2. The motion hearing is **SET** for <u>**December 8, 2015**</u> at <u>**2:00 p.m.**</u> in Courtroom 3A of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California, 92101.

2. Any attorney representing any party, or any unrepresented party, may attend

1  the status hearing but only Liaison and Lead Counsel, or such other counsel as the Court
2  may permit, may actively participate in the status hearing.  <u>Participation of non-</u>
3  <u>Liaison/Lead counsel is not required</u>.
4      **IT IS SO ORDERED**.
5  DATE: November 9, 2015

                                              HON. MICHAEL M. ANELLO
                                              United States District Judge