# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 2286-MMA (MDD)<br><br>**ORDER RE: COURTESY COPY OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On November 6, 2015, Plaintiffs Christopher Robinson, Eduardo Tovar, and Dave Scardina (collectively "Plaintiffs"), filed a motion for preliminary approval of a proposed settlement of the above-captioned multidistrict litigation. *See* Doc. No. 281. A hearing on the motion is currently scheduled for December 8, 2015 at 2:00 p.m. Pursuant to this District's Electronic Case Filing Administrative Policies and Procedures, parties must, within 24 hours after filing, provide the Court with a courtesy copy of any civil case filing which exceeds 20 pages in length including attachments and exhibits. To date, the Court has not received a courtesy copy of Plaintiffs' pending motion for preliminary approval, which exceeds 200 pages in length, inclusive of supporting declarations and exhibits. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs deliver to the Clerk's Office or directly to Chambers, a courtesy copy of the pending motion for preliminary approval as soon as practicable, but no later than 5:00 p.m. on December 2, 2015.

**IT IS SO ORDERED**.

DATE: November 30, 2015

_____
HON. MICHAEL M. ANELLO
United States District Judge