UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
DEC 09 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN RE: MIDLAND CREDIT MANAGEMENT, INC.,
TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION
Wangler, et al. v. Midland Funding, LLC et al., )
N.D. Alabama, C.A. No. 5:15-01940 ) MDL No. 2286

## CONDITIONAL TRANSFER ORDER (CTO-103)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On October 11, 2011, the Panel transferred two civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 818 F.Supp.2d 1377 (J.P.M.L. 2011). Since that time, 225 additional actions have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Michael M. Anello.

The complaint in the action on this conditional transfer order appears to assert two sets of claims. First, in Count 1, plaintiffs assert a claim on behalf of a putative class under the Telephone Consumer Protection Act (TCPA). This claim involves questions of fact that are common to the previously transferred MDL No. 2286 action. Count 2 of the complaint involves claims on behalf of a putative class with respect to alleged violations of the Fair Debt Collection Practices Act (FDCPA). No such FDCPA class action claims are being litigated in MDL No. 2286.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action is transferred under 28 U.S.C. §1407 to the Southern District of California for the reasons stated in the order of October 11, 2011, and, with the consent of that court, assigned to the Honorable Michael M. Anello. All claims relating to FDCPA (Count 2) are hereby separated and simultaneously remanded to the Northern District of Alabama.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Dec 08, 2015<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>_[signature]_<br>Jeffery N. Lüthi<br>Clerk of the Panel |

I hereby attest and certify on 12/9/15
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy