AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | | |
|---|---|---|
| IN RE MIDLAND CREDIT MANAGEMENT INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-MD-02286-MMA-MDD |
| TCPA LITIGATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mesha Knebel

Date: 02/18/2016

/s/ Joseph Darrell Palmer
*Attorney's signature*

Joseph Darrell Palmer
*Printed name and bar number*

Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008

*Address*

darrell.palmer@palmerlegalteam.com
*E-mail address*

(858) 215-4064
*Telephone number*

(866) 583-8115
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

                                                   /s/ Joseph Darrell Palmer
                                                  Joseph Darrell Palmer
                                                  Attorney for Objector