Douglas J. Campion (SBN 75381)
THE LAW OFFICES OF DOUGLAS J. CAMPION, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Email: doug@djcampion.com

James O. Latturner
EDELMAN COMBS LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Email: info@edcombs.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 11-md-2286-MMA (MDD)<br>Member cases: 10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR ATTORNEYS' FEES AND APPROVAL OF COSTS, AND FOR INCENTIVE PAYMENTS**<br><br>Date: August 26, 2016<br>Time: 9:00 a.m.<br>Courtroom: 3A<br>Judge Michael M. Anello |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 26, 2016 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Michael M. Anello, U. S. District Judge for the Southern District of California, Plaintiffs Christopher Robinson, Eduardo Tovar, and Dave Scardina (hereinafter referred to as "Plaintiffs") will move and hereby do move, for: (i) an award of attorneys' fees and costs; (ii) approval of certain litigation costs, including the costs of notice and claims administration; and (iii) approval of incentive awards to the three named Plaintiffs serving as Class Representatives.

This motion is made on the grounds that: (i) the attorneys' fees agreed upon between the parties at mediation to be paid separate from the settlement funds are fair and reasonable; and (ii) the litigation costs incurred by Plaintiffs' counsel are reasonable and justify Court approval of reimbursement of those costs from the fees and costs award; (iii) the amount to be paid to the Claims Administrator directly by the Defendants is reasonable and should be ordered to be paid as set forth in the Settlement Agreement; and (iv) the incentive payments of $2,500 each to the three Class Representatives are fair and reasonable.

This motion is based on this Notice of Motion and Unopposed Motion, the Memorandum of Points and Authorities, the supporting declarations and attachments thereto and the complete files and records in this action.

Case No. 11MD02286 MMA MDD    -1-    PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTYS' FEES AND COSTS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 23, 2016 | LAW OFFICES OF DOUGLAS J. CAMPION, APC |
| 3 | | */s/ Douglas J. Campion* |
| 4 | | Douglas J. Campion |
| 5 | | 17150 Via Del Campo, Suite 100 |
| 6 | | San Diego, CA  92127 |
| | | Telephone: (619) 299-2091 |
| 7 | | |
| 8 | Dated: March 23, 2016 | EDELMAN  COMBS  LATTURNER  & GOODWIN, LLC |
| 9 | | |
| 10 | | */s/James O. Latturner* |
| 11 | | James O. Latturner |
| 12 | | 20 S. Clark Street, Suite 1500 |
| | | Chicago, Illinois 60603 |
| 13 | | Telephone: (312) 739-4200 |
| 14 | | Attorneys for Plaintiffs and the Settlement Class |