April 14, 2016

re: remain a Class Member and objecting to the Settlement



√ **Clerk of The Court Courtroom 3A**
United States District Court
Southern District of California
221 West Broadway
San Diego, CA 92101

**Edward D. Totino, Esquire**
DLA PIPER LLP (US)
2000 Avenue of the Stars
North Tower, 4th Floor
Los Angeles, CA 90067

**Douglas J. Campion, Esquire**
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127

**James O. Latturner, Esquire**
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603

In re: **Midland TCPA Claims Administrator**
Post Office Box 30198
College Station, TX 77842-3198

I am a Member of the Class and wish to remain so.

It is my opinion that Midland is not paying enough to fairly settle the case of their telephone harassment: *In re: Midland Credit Management, Inc. Telephone Consumer Protection Act Litigation*, United States District Court for the Southern District of California Case NO. 11-MD-2286 MMA (MDD).

<u>Please update records to accurately reflect my mailing address as correctly shown below.</u>

Sincerely,

DAVID CHARONIS
1151 Freeport Road
Suite 104
Pittsburgh, PA 15238-3103

412.414.6520

Claim #: MDD – 10994566901 994566



U.S. POSTAGE PAID PITTSBURGH, PA APR 14, 16 AMOUNT $0.47 R2305M145385-16

1000   92101

Clerk of The Court Courtroom 3A
U. S. District Court, Southern District of CA
221 West Broadway
San Diego, CA 92101

92101897299