Matthew Kurilich California Bar Number 30172
17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone    714-248-6023
Facsimile    714-734-3716
mattkurilich@gmail.com

Counsel for Objector Rhadiante Van de Voorde

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-MD-2286 MMA (MDD)<br>**Notice of Appearance** |

I, Matthew Kurilich, hereby file this Notice of Appearance as counsel for Rhadiante Van de Voorde per the filed Objection [DE 322] on 4-18-16. Please include me on any service mailing lists as follows:

Matthew Kurilich California Bar Number 30172
17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone    714-248-6023
Facsimile    714-734-3716
mattkurilich@gmail.com

DATED: April 22, 2016

                                              By:  /s/ Matthew Kurilich
                                                  Matthew Kurilich
                                                  Attorney for Objector

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on April 22, 2016 and served by the same means on all counsel of record.

/s/ Matthew Kurilich

- 2 -
NOTICE OF APPEARANCE