FILED
APR 25 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

April 2016

Object to the Settlement
Claim # MDD-15551197001   5551195
Matthew Julius Thiecke      Last 4 SS# 2312
26659 Woodland Ave         DOB: 04-17-1972
PO Box 811
Esparto Ca 95627           NUNC PRO TUNC
Cell # 530 204-9741 (current)   APR 22 2016

Matthew Thiecke  /s/

I Matthew Thiecke object to the Settlement. My concern is that the ammount of $13,000,000⁰⁰ for debt credit and $2,000,000⁰⁰ for cash comps is extreamly two low to make a difference in the practice of debt collections. The ammounts sound great as a whole but when the break down of payments is looked a. 13 mill divided by a possible 6,156,500 peoples rights violated. Your telling America that their rights are worth $2.11 in debt releaf or $0.32 cents Cash.

I'm glad that the attorney made $2.5 mil and the Plantiff's that started the class Act. will recieve $10,000⁰⁰ Ea out of the $15 mill awarded

Now that this case is comming to its final Desisions. Please Do Not tell america that anybody can harass them day and night, call their jobs, call their familys, and get away with it for $2.43! - (50¢ stamp x4 to courts.)

x /s/

**LEGAL NOTICE**
*In re: Midland Credit Management, Inc.*
*Telephone Consumer Protection Act Litigation,*
Case No. 11-MD-2286 MMA (MDD)
**You may be included in a class action settlement alleging calls made to your cell phone and violations of the Telephone Consumer Protection Act. Your rights may be affected and you can submit a Claim to receive a payment.**

If you were called on your cell phone by Midland Credit Management, Inc. ("MCM") during the period from November 2, 2006 through August 31, 2014 without your consent, your rights could be affected by a class action settlement. A settlement has been proposed in the above lawsuit, pending in the United States District Court for the Southern District of California (the "Court").

**Who is Included?** You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls to your cellular telephone in connection with debt collection at any time during the period from November 2, 2006 through August 31, 2014 from or on behalf of Midland Funding, LLC, Midland Credit Management or Encore Capital Group, Inc. ("Defendants") or their subsidiaries, affiliates or related companies (other than Asset Acceptance LLC, Atlantic Credit & Finance, Inc. and Propel Financial Services) using a dialer or by artificial or prerecorded voice message without prior express consent.

See important notice
on the other side.

**MDD**

**In re Midland TCPA**
**Claims Administrator**
P.O. Box 30199
College Station, TX 77842-3199

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO.12039

Postal Service: Please do not mark barcode

Claim #: MDD - 15551197001   5551195

\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 956
06123618 r6123618 T6967   9699   000103
Matthew Thiecke
PO Box 811
Esparto, CA 95627-0811

Matthew Thieke
PO Box 811
Esparto, Ca.
95627

Southern District Court of Calif
Clerk of the Court - Courtroom 3A
221 West Broadway
San Diego, Ca 92101

92101897299


