Erich B. Neumann
5 Island Avenue, Suite 3J
Miami Beach, Florida 33139
Telephone: (305) 735-2404
Facsimile: (305) 735-2651

*Attorney* and *pro se* Class Member

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION LITIGATION | Case No. 3:11-md-2286-MMA (MDD)<br><br>**NOTICE OF WITHDRAWL OF DOCUMENT NO. 336** |

TO ALL PARTIES, THEIR COUNSEL, AND THIS HONORABLE COURT:

Please take notice that the undersigned, Erich Neumann, hereby withdraws his Objection to Settlement (Dkt. No. 336).

Dated: August 5, 2016

Respectfully Submitted,

Erich Neumann
Attorney and Objector / Class Member

# CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of August, 2016, a true and correct copy of the foregoing Notice was served via first class mail on the following distribution list:

## DISTRIBUTION LIST

| CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|
| Douglas J. Campion, Esq.<br>Law Offices of Douglas J. Campion, APC<br>17150 Via Del Campo, Suite 100<br>San Diego, CA 92127 | Edward D. Totino, Esq.<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars,<br>North Tower, 4th Floor<br>Los Angeles, CA 90067 |
| **CLERK OF THE COURT** | **CLAIMS ADMINISTRATOR** |
| Clerk of The Court Courtroom 3A<br>U.S. District Court<br>Southern District of California<br>221 West Broadway<br>San Diego, CA 92101 | In re: Midland TCPA Claims Administrator<br>PO Box 30198<br>College Station, TX 77842-3198 |