John W. Davis (200113)
john@johnwdavis.com
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

*Attorney for Objector Steven F. Helfand*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br>Member Cases: 10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br><br>**CLASS ACTION**<br><br>[proposed] CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>Judge: Hon. Michael M. Anello |

# SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Steven F. Helfand, having appeared *pro se* in the above-captioned matter, respectfully requests and consents to substitute John W. Davis as his counsel of record.

Firm Name: Law Office of John W. Davis

Address: 501 W. Broadway, Suite 800, San Diego, CA 92101

Telephone: (619) 400-4870　　　　　　　Facsimile: (619) 342-7170

Email: john@johnwdavis.com

I consent to the above substitution.

Date: August 10, 2016

_____
Steven F. Helfand

I consent to the above substitution.

Date: August 10, 2016　　　　　　s/ John W. Davis
　　　　　　　　　　　　　　　　John W. Davis

The substitution of attorney is hereby approved and so **ORDERED.**

Date: _____

_____
United States District Court Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2016, I filed the following documents on behalf of class member Steven Helfand: (1) CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY. This document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5.4. Pursuant to Federal Rule of Civil Procedure 5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via U.S. First Class Mail. However, the undersigned is not aware of anyone who has not consented to electronic service.

Date: August 13, 2016                              Respectfully submitted,

                                                        s/ John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA  92101
(619) 400-4870
(619) 342-7170 (fax)
john@johnwdavis.com