Matthew Kurilich California Bar Number 30172
17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone      714-248-6023
Facsimile      714-734-3716
mattkurilich@gmail.com

Counsel for Objector Rhadiante Van de Voorde

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-MD-2286 MMA (MDD)<br>**Notice of Withdrawal of Objection** |

I, Matthew Kurilich, hereby file this Notice of Withdrawal of Objection per the filed Objection [DE 322] on 4-18-16. Objection is withdrawn.

DATED: August 15, 2016

By: /s/ Matthew Kurilich
Matthew Kurilich
Attorney for Objector

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on August 15, 2016 and served by the same means on all counsel of record.

/s/ Matthew Kurilich