Douglas J. Campion (SBN 75381)
THE LAW OFFICES OF DOUGLAS J. CAMPION, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Email: doug@djcampion.com

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 11-md-2286-MMA (MDD)<br>Member cases: 10-cv-02261<br>10-cv-02600<br>10-cv-02368<br>10-cv-02370<br>**<u>CLASS ACTION</u>**<br>**NOTICE OF WITHDRAWAL OF OBJECTION BY PATRICK SWEENEY (ECF No. 344)** |

To All Parties, their Counsel and the Court:

The objection filed by Patrick Sweeny (ECF No. 344) is hereby withdrawn. Patrick Sweeney has requested that Douglas J. Campion, Plaintiffs' counsel, to file this document on Mr. Sweeney's behalf and has given Douglas J. Campion the authority to file this Notice of Withdrawal of Objection.

Dated: August 16, 2016      */s/ Douglas J. Campion*

THE LAW OFFICES OF DOUGLAS J. CAMPION, APC

## Certificate of Service

I, Douglas J. Campion, hereby certify that on August 16, 2016 a copy of the following document was served on all counsel of record who are registered with the Court's electronic case filing (ECF) system by operation of the ECF system:

**NOTICE OF WITHDRAWAL OF OBJECTION BY PATRICK SWEENEY (ECF No. 344)**

                                      /s/ Douglas J. Campion
                                      Douglas J. Campion