1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 2286-MMA (MDD)<br><br>**ORDER VACATING AND RESETTING FINAL APPROVAL HEARING** |

    A Final Approval Hearing is currently scheduled in this multi-district litigation for August 26, 2016 at 4:00 p.m.  The Court previously appointed the Honorable Herbert B. Hoffman, Retired, as the Special Master in this action, pursuant to Federal Rule of Civil Procedure 53 and the stipulation of the parties.  *See* Doc. No. 350 ("appointment order").

    A hearing regarding the objections to the settlement of this action is set before the Special Master on August 17, 2016.  *See* Doc. No. 363.  In accordance with the Court's appointment order, the Special Master will submit a report and recommendation regarding the matters heard by him, including the objections to the settlement.  Pursuant to his authority under the Federal Rules and this Court's appointment order, the Special Master's report and recommendation will also address the motion for final approval of the settlement, the application for an award of attorney's fees and costs to Plaintiffs' counsel, and incentive awards to the Plaintiffs.

1    In order to permit the Special Master adequate time to prepare and submit his

2  report and recommendation, the Court hereby **VACATES** and **RESETS** the Final

3  Approval Hearing for **September 19, 2016 at 3:00 p.m.**

4    **IT IS SO ORDERED**.

5  DATE: August 16, 2016

6  HON. MICHAEL M. ANELLO
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2286-MMA (MDD)