**EXHIBIT A**

**KCC Class Action Services**
**In Re Midland Credit Management, Inc. TCPA Litigation**
**Exclusion Report**
**7/22/2016**

Count
446

| ClaimID | Last1 | First1 |
|---|---|---|
| 900240301 | ABASCAL | ANGEL E |
| 900203601 | ABU-SHAWAREB | RENEE B |
| 900336601 | AGSALUD | GENEVIVE LORENZO |
| 10058131601 | AGUSTIN | FRANCISCA |
| 9000036101 | AKERS | RICHARD BRIAN |
| 900196201 | ALLEN | DELLA |
| 900224901 | AMERMAN | DEBRA K |
| 900223501 | AMERMAN | JOHN F |
| 10154312801 | ANDALUZ | MARIANA R |
| 9000329001 | ANDREWS | SABRINA |
| 10190676601 | ANZUALDA | SYLVIA |
| 10203944601 | ARCIAGA | EVELYN |
| 900283201 | ARMSTRONG | CHLOE |
| 9000439801 | ARORA | ASHOK |
| 9000417501 | ARORA | RYAN D |
| 900281501 | ASH | DAWN |
| 900296801 | ASHCRAFT | JOE T |
| 900242001 | AVESIAN | KARINA |
| 9000001701 | BADRAN | INNA |
| 10295895601 | BAIN | GARY L |
| 9000416201 | BANKS | ROBERT |
| 900243401 | BARBER | CYNTHIA |
| 9000460401 | BARRIOS | JASON |
| 10374993701 | BASH | BRADY |
| 10375054001 | BASHAM | ANGELA D |
| 900222101 | BATCHELOR | VALADIA BIRT |
| 9000310101 | BATTERSBY | MELISSA |
| 900213001 | BATTERSBY-COTTER | CARI ANNE |
| 9000481401 | BAUDOUR | TERESA |
| 900218901 | BAWMAN | HELEN RENEE |
| 10423500701 | BELING | JAMES J |
| 10432732701 | BELLANTI | LISA |
| 9000525801 | BENARROCH | DAVID |
| 10445752101 | BENITEZ | YAILYN |
| 10473556901 | BERRY | NICOLE |
| 10476932401 | BESHAHE | SELAM |
| 10482575301 | BETZ | NAEEM |
| 900302801 | BLEVINS | FRANCES |

| | | |
|---|---|---|
| 9000475101 | BONSER | FELICIA |
| 9000044001 | BOSCO | PATRICIA |
| 9000315501 | BOSLER | TINA-ANN |
| 9000428101 | BOURGEOIS | CLIFFORD |
| 10581713201 | BOURQUE | TIMOTHY |
| 600011157701 | BOVE | ANTHONY J |
| 600011156701 | BOVE | SANDRA |
| 900221801 | BOWES | WENDY S |
| 10590520301 | BOWMAN | HEATHER G |
| 900244801 | BOYD | DENISE |
| 10613251901 | BRAILEY | GARREN |
| 900245101 | BRASCH | KYLE |
| 9000491801 | BRAURMAN | ALEXANDER |
| 9000510001 | BRETZ | FAYE |
| 10644426801 | BRINKLEY | FREDERICK |
| 9000526001 | BROOKS | BRENDA |
| 9000507601 | BROOKS | YVONNE |
| 900234301 | BROOKSHIRE | DESHAWN B |
| 9000454101 | BROWN | SHANTELL |
| 10725068801 | BRYANT | WILHELMINA |
| 10731599301 | BUCKNELL | JOAN P |
| 10747554601 | BURDILES | ALEJANDRA |
| 900246501 | BURKETT | LINDA |
| 900290601 | BUSH | MELBA |
| 900286301 | BYROM | EDWARD |
| 900170101 | CAMPBELL | JAMES |
| 10835737501 | CAMPBELL | JOE F |
| 900207001 | CANALES | MICHELLE |
| 900235701 | CAPOTE | RODOLFO |
| 10883513301 | CARPENTER | ASHLEY |
| 9000021401 | CARTER | HERMAN |
| 900186801 | CLARK | TANISHA |
| 9000344301 | CLAVESILLA | NICOLE |
| 11084750701 | COCKMAN | GINA M |
| 900260201 | COLACCHIA | CYNTHIA |
| 9000445001 | COLEMAN | TAMI |
| 9000463201 | COLLINS | JOANNA |
| 900368701 | COLTER | FINAL |
| 11131902001 | CONDER | ALLEN D |
| 9000015101 | COOPER | DAVID |
| 9000512601 | CORDUA | ERIC |
| 11181931301 | CORONEL | PEDRO |
| 900164101 | COVINGTON | LASHEIKA MICHELLE |
| 11227777901 | CRAY | EPHROM |
| 900173201 | CRUZ | ELIZANDRO |
| 900231201 | CUETO | ALBA M |
| 900232601 | CUETO | LEONARDO A |

| | | |
|---|---|---|
| 900233001 | CUETO | LUIS E |
| 900187101 | CUOMO | DOMENICK A |
| 11278748401 | CURIEL | GLENYS |
| 9000456701 | DANIELS | LEONARD |
| 900195901 | DAVIS | JESSE |
| 9000415001 | DAVIS | JESSE |
| 9000535101 | DAVIS | REEAH |
| 9000477701 | DAVIS | UWANA |
| 900162401 | DEAN | COURY |
| 900226601 | DEJESUS | CARMEN |
| 900184001 | DELGATTO | MONICA |
| 11408399001 | DELLECKER | TROY |
| 900227001 | DELOACH | GERALD CRAIG |
| 900228301 | DELOACH | NOREEN ROSE |
| 11422192301 | DENNIS | ROY K |
| 9000342801 | DESROCHES | ANDREA |
| 9000473601 | DEWITTE | KIRSTIE |
| 900225201 | DIAZ | DANAE |
| 900247901 | DIMENNA | ROBERT |
| 9000427901 | DOHERTY | JAMES |
| 9000041101 | DOTSON | COURTNEY |
| 11519499001 | DOVAL | MONICA |
| 900248201 | DUVALL | SAMANTHA |
| 900216101 | DWINELL | SANDRA DEANNE |
| 900215801 | DWINELL | WILLIAM MICHAEL |
| 11607011001 | EDWARDS | WILLIE |
| 11624032501 | ELLIOTT | MICHAEL J |
| 11625858501 | ELLIS | CYNTHIA S |
| 9000340201 | ELLIS | GARY R |
| 900300001 | ELLIS | MARK F |
| 900249601 | ELSESSER | JOSEPH |
| 9000205701 | ESPARZA | RAQUEL |
| 900287701 | EVANS | JULIETA |
| 900178001 | FARLEY | CYNTHIA |
| 9000485501 | FENSTERNMAKER | DAVID |
| 9000011001 | FERDARKO | PATRICIA K |
| 900191401 | FINNEGAN | LESLIE |
| 11804142301 | FLORES | RAUL R |
| 900279001 | FLOYD | DIANE |
| 900205301 | FORD | LAQUAN |
| 11831665501 | FORRESTER | SCOTT |
| 11848806501 | FOXX | ANTUAN |
| 9000424001 | FRANDSEN | KARI A |
| 9000505001 | FRANKLIN | RUBY |
| 9000455401 | FRANTZ | DEB |
| 11879179501 | FRENCH | MICHAEL |
| 9000482701 | FROSCHL | KRISTINE |

| | | |
|---|---|---|
| 9000039001 | FUENTES JR | RUBEN A |
| 11895276601 | FULLEN | LORI |
| 9000433101 | GADDIS | HENRY |
| 9000480101 | GAGE | LATASHA |
| 11947981301 | GARCIA | FERNANDO |
| 11971501601 | GARCIA JR | ANTONIO C |
| 11982412701 | GAROFOLO | DEAN |
| 11983092901 | GARRETT | ANGELA |
| 11993656201 | GARZA | LUIS |
| 9000533601 | GARZA | NINFA G |
| 9000523201 | GARZA JR | ROMAN |
| 11997198701 | GASKEY | KAYLA |
| 9000050201 | GAZANCHIYANTS | VADIM |
| 9000534901 | GEHRKE | ROBERT |
| 900282901 | GERENA | JOSUE |
| 9000521701 | GIBBS | DORIS |
| 12030751001 | GIBBS | LATOYA |
| 900210001 | GILBERT | ANDREW |
| 12042733301 | GILCHRIST | VENETA |
| 12042738201 | GILCHRIST | WAYDE |
| 900159501 | GILMORE | JAVON |
| 900161001 | GLENN | RUSS |
| 9000341501 | GLOSSENGER | ERIN |
| 9000019201 | GLOVER | MICHAEL |
| 12076146401 | GOETZ | CHAD |
| 12115608401 | GONZALEZ | JESSICA DENISE |
| 900163801 | GONZALEZ | JOANN |
| 12124838001 | GONZALEZ | RAFAEL |
| 9000464501 | GOODYEAR | MISTY |
| 900197601 | GRADDY | KATHY |
| 900217501 | GRAULICH | KACEE K |
| 12171982001 | GRAVENHISE | MICHAEL |
| 9000467301 | GREENBERG | LISA |
| 600006702301 | GREENE | COLLETTE |
| 9000451301 | GRESS | BECKY |
| 12222626401 | GRISKELL | CELINTHIA |
| 12227222501 | GROSSI | BRENDA M |
| 9000438501 | GRUVER | CHARLES |
| 900250801 | GUERRA | ALISON A |
| 12238273001 | GUERRA | WILLIAM R |
| 9000449101 | GUIDRY | TINA |
| 9000486801 | GUILBE | ANGELIKA |
| 9000442201 | HALEY | MIDORI |
| 9000437201 | HALL | SUSAN |
| 900188501 | HAMILTON | JASMINN |
| 12333579601 | HANSHAW | SHERRY |
| 9000537701 | HARLING | VERNON P |

| | | |
|---|---|---|
| 9000418801 | HARRIS | CALVIN |
| 900278601 | HARRIS | MARCIA |
| 12373516601 | HARRIS | ROBERT E |
| 9000466001 | HART | LETISHA |
| 12405143101 | HAVER | KRISTYNE A |
| 900280101 | HAZLE | LATOYA |
| 900199301 | HENNESSEY | CHELSEA |
| 12506088901 | HERRING | JANNETTE |
| 12506435401 | HERRING | ROBERT A |
| 12523580001 | HIGGINS | BARAKA T |
| 9000018001 | HILL | WILLETTE |
| 12541355501 | HILLIARD | RITA |
| 12546786201 | HINES | PATRICK |
| 9000313001 | HODGES | DANIEL |
| 900165501 | HOLLAND | LORNA |
| 12627111201 | HOWARD | PETER |
| 9000538001 | HUDGINS | DAVID A |
| 900340901 | HUFFMAN | NATALIE |
| 900341201 | HUFFMAN | STEVE |
| 900179401 | HUNTE | MAXENE |
| 9000499001 | HUNTER | JONATHAN |
| 12673770801 | HURST | CINDY |
| 70004447401 | HUSSAIN | RUTH |
| 9000444801 | ILLAS | MAYBELLINE |
| 9000334001 | IMHUELSEN | HUGUETTE |
| 12707789301 | ISAAC | ROSE J |
| 9000037401 | JALIL | FATEH |
| 12783987201 | JENKINS | JARRETT R |
| 9000514101 | JESULA | EVENA |
| 900334901 | JOBE | KARWANA |
| 9000042401 | JOELSON | MITCHELL |
| 75002068401 | JOELSON | SUSAN |
| 12832305001 | JOHNSON | JEREMY |
| 900271001 | JOHNSON | LAVANCHY |
| 9000303601 | JOHNSON | WILLIS ANTHONY |
| 9000495901 | JONES | PAUL |
| 9000320501 | JONES | SHERMAN |
| 12908671001 | JONESIPP | ELLA C |
| 12919563701 | JOSEPH | KEN |
| 12932167901 | JURKOWSKI | RYAN |
| 12939571701 | KALLISH | KAREN |
| 12948583401 | KARNS | BRADLEY R |
| 12950911501 | KASSEM | MOHAMED |
| 900182301 | KATHRON | JAMES |
| 900251101 | KATZMAN | PHILIP |
| 12997184401 | KHAH | HAMED M |
| 9000527301 | KING | DOROTHY |

| | | |
|---|---|---|
| 9000479201 | KING | SAVONNA |
| 900292301 | KIRLHENDOLL SALINAS | FELICIA |
| 9000459501 | KOPELIC | DEBRA |
| 900172901 | KRAMER | KEITH |
| 13076661601 | KRICHMAR | RACHEL |
| 13082594301 | KUCZEK | BRANDON G |
| 900275501 | KUNKEL | TIMOTHY |
| 900171501 | LANG | REGINA M |
| 9000524501 | LAURORE | KEPLER |
| 9000305101 | LAWSON III | TIMOTHY G |
| 13184059901 | LEE | FRANCINE |
| 9000014901 | LEONE | JOSEPH |
| 13222433101 | LEVY | OMER |
| 13236774901 | LEWIS | TAVARIS |
| 9000434401 | LINKO | NICHOLAS |
| 900190001 | LITTLE | NANCY |
| 13304344701 | LOPEZ | FIDELIA |
| 13306539001 | LOPEZ | JACINDA L |
| 9000508901 | LOVE | ELI |
| 900189901 | LOWRIE | DAVID C |
| 13353880101 | LUDWIG | CHARLES J |
| 13375553801 | LYON | CARSON REYNOLDS |
| 9000206001 | MACK | DAVID |
| 13405179801 | MAHABIR | INDRA |
| 900238801 | MAIS | LAURA K |
| 900237401 | MAIS | MARK S |
| 900166901 | MAITLEN | MICHAEL |
| 9000453901 | MAJOR | TAMMY |
| 900214401 | MAKRIS | THERESA |
| 9000035901 | MANASSE | FRANCESCO |
| 13430747101 | MANFRED | FRANK |
| 13432140601 | MANGUM | STEVE |
| 900168601 | MANOJSIS | ALEX |
| 9000440701 | MANZANO | JACQUELINE |
| 9000470801 | MAPLE | STEFFANY |
| 9000053001 | MARKS | SHANI |
| 13486258201 | MARTIN | NICHOLAS M |
| 900175001 | MASON | BRENDA |
| 13535202201 | MASTEL | TRACY L |
| 13564698401 | MAYHANE | ALEXANDRIA S |
| 9000420001 | MCCULLEY | ROBIN |
| 13614701001 | MCDONALD | MARCY L |
| 9000487001 | MCDONALD | PATRICK |
| 13624322801 | MCGANNON | MARGARET |
| 9000513901 | MCGEE | MICHELLE |
| 900160701 | MCKAY | SAMUEL |
| 900208401 | MEDINA | ANDREA |

| | | |
|---|---|---|
| 900206701 | MEININGER | STEPHEN L |
| 9000498701 | MENSACK | LYNN M |
| 900270701 | MICEK | ANDREW |
| 900252501 | MILLER | DEBRA |
| 9000452601 | MILLER | GLEN |
| 900211301 | MILLER | MARGUERITE |
| 9000457001 | MILLER | MICHELLE |
| 900277201 | MILTON | SHIRLEY |
| 900220401 | MIRANDA | CLAUDIO MELO |
| 13827382001 | MOMIENT | LEE |
| 9000531001 | MOORE JR | ROBERT L |
| 9000468601 | MORRIS | DERRICK |
| 900183701 | MORSER | TARA |
| 900236001 | MOSCO | CHRISTIAN E |
| 13923939001 | MOSCO | JENNIFER |
| 13937737201 | MOYA | DAVID E |
| 9000532301 | MURPHY | JANICE |
| 9000008601 | MYERS | ISAAC |
| 13985077601 | MYRICK | DEBORAH A |
| 9000506301 | NEAL | DEBORAH |
| 14013752001 | NEEL | MICHAEL T |
| 900185401 | NEGRONI | LIZETTE |
| 14018905101 | NELMS | MARY O |
| 9000529901 | NELSON | JOSEPH |
| 9000465801 | OLIVER | CARLESHIA |
| 900212701 | OLIVIER | DAMIEN JONATHAN |
| 900219201 | O'NEILL | BRIGITTE M |
| 14146968701 | ONTIVEROS | FAITH |
| 9000541401 | OPPENHEIMER | CHRISTOPHER LEE |
| 14160418901 | ORTALE | REGINA |
| 9000478001 | ORTIZ | LILIANA |
| 9000469901 | ORTIZ | MARCOS |
| 14177439301 | OSBORNE | WENDY |
| 14200269001 | PACE | CHRISTINE S |
| 9000051501 | PACLEB | FLORENICO |
| 14220419501 | PALMA | ANTONIO |
| 9000500701 | PALMTITESSA | REINETTE |
| 900239101 | PARKS | JANICE D |
| 9000443501 | PARSONS | CHRISTINA |
| 9000312701 | PASCHKE | BART |
| 9000530801 | PEREZ-GUMA | ROBERT |
| 9000319601 | PERMENTER | RACHELL |
| 14361671701 | PETERSON | GLENDA |
| 9000496101 | PETERSON | VELVA |
| 900288001 | PINA | GLORIA A |
| 9000474901 | PLAZA | EDWIN |
| 900177701 | PRINCE | LASHANDRA |

| | | |
|---|---|---|
| 9000436001 | PROWS | DAVID |
| 9000435701 | PROWS | JULIE |
| 14502103801 | PUGH | DAISY M |
| 9000520401 | QUESADA | LOUIS |
| 900337001 | QUEVEDO | CARMINA |
| 900338301 | QUEVEDO | GUADALUPE |
| 900289401 | RABAGO ZAPOPAN | GREGORIO |
| 14531079601 | RACZAK | DEBORAH L |
| 900180601 | RAMCHARITAR | KARLA |
| 900181001 | RAMCHARITAR | RICHARD |
| 9000010801 | RAPOSO | BEVERLY |
| 14581084701 | RAPOSO | JOSE |
| 14601899001 | REDDICK | ERIC L |
| 14602256701 | REDDING | DEMETRIA D |
| 14662755601 | RICARDO | VIVIAN GONZALEZ |
| 14671655301 | RICHARDSON | AISHA |
| 900169001 | RICHINO-BROWN | BETH |
| 14696900501 | RINGENER | SCARLETT |
| 9000461701 | RISSINGER | AARON |
| 900253901 | RISSMILLER | CAROL |
| 900254201 | RISSMILLER | CLARENCE |
| 9000309201 | RITTER | CAROLYN |
| 900284601 | RIVERA | JAMIE |
| 900255601 | ROBINSON | HARVEY |
| 14845240101 | ROMO | JAQUELINE |
| 14846857301 | RONNOW | BRADLEY |
| 9000539201 | ROSADO | JORGE |
| 9000536401 | ROSE | BONNIE LYNN |
| 9000314201 | ROY | DEBRA |
| 9000448901 | RUCKMAN | MARY |
| 900294001 | RUMBOUGH | LARRY |
| 900339701 | RUSSELL | MARY |
| 9000493301 | RUSTHOVEN | CLINTON |
| 900274101 | RYAN | PATRICIA |
| 900291001 | SALINAS | RAYMOND |
| 9000425301 | SAMS | TAMARA |
| 9000020101 | SANCHEZ | REGINA |
| 900194501 | SANGERMAN | MARCOS |
| 900176301 | SANJEEV | LAL |
| 14998915501 | SANTAMARIA | JORGE |
| 9000472301 | SANTIAGO | DORIS |
| 9000009901 | SAXE III | CHARLES |
| 900209801 | SCHARRER | BETH ANN |
| 900261601 | SCOTT | HARRIS |
| 15090223201 | SEKERES | AMY L |
| 15108976001 | SEWELL | TRACY A |
| 9000052801 | SHEARER | MICHAEL |

| | | |
|---|---|---|
| 900193101 | SHEARER | MICHAEL |
| 15137552501 | SHEPARD | CLIFFORD W |
| 15164699501 | SIDDALL | JOSEPH E |
| 900285001 | SIERRA-GARCIA | JOSE |
| 900256001 | SIFFEL | BENJAMIN |
| 9000337801 | SKELTON | RUSSELL |
| 9000542701 | SMITH | DARYL |
| 15296447201 | SOALCA | LUIZA |
| 15338655101 | SPENCER | JONATHAN J |
| 900167201 | SPENCER | KIRBY |
| 15351203901 | SR | RUBEN |
| 900204001 | STATHOPOULOS | ANGELA |
| 9000543001 | STEWART | NICOLE FRANCES |
| 900303101 | STILES | CHARLES |
| 900298501 | STILES | MARGARET |
| 900293701 | STILES | SUMMER |
| 9000490501 | STONEMETS | CYNTHIA |
| 15456216601 | SUMRALL | ARICO R |
| 900272401 | SURVIS | EVELYN |
| 900192801 | SUTTLE | JESSICA |
| 9000497401 | SWANSON | KARA |
| 9000540101 | SWEENEY | PETER J |
| 900257301 | SZYSZKO | NANCY |
| 900258701 | SZYSZKO | PAUL |
| 9000426601 | TAYLOR | DIANN |
| 15547173901 | THAPA | ROJAN |
| 9000450001 | THOMAS | BARRY |
| 9000462001 | THOMAS | JOE HENRY |
| 15571915401 | THOMAS | STEPHANIE |
| 9000308001 | THOMPSON | JAMES |
| 15591755901 | THOMPSON | VICTORIA |
| 15597262501 | THORPE | TAMARA |
| 15606913101 | TILLMAN | SHARONE D |
| 900174601 | TIMBY | DAVID |
| 9000421201 | TISCHER | HEATHER |
| 900342601 | TOLEDO | DAVID |
| 9000476401 | TONNIES | WENDY |
| 9000446301 | TORRES | MARIA |
| 900295401 | TORRES | MONICA S |
| 15644681901 | TORRES | ROGELIO R |
| 9000012301 | TUCK | DEBORAH |
| 15688001501 | TUCK | ROY |
| 9000002001 | VALDEZ | DESIREE |
| 9000374401 | VALENTE | NANCY |
| 9000509101 | VALLIERE | JAMES |
| 15776546501 | VASQUEZ | CYNTHIA A |
| 15809236301 | VENNELL | LOUIS |

| | | |
|---|---|---|
| 15810805001 | VENTURA | WALTER |
| 900241701 | VERDE | ERNESTO |
| 9000484201 | VERUIEBE | JOHN |
| 9000483001 | VILLANUEVA | CARMEN |
| 9000377201 | VILLASENOR | ART |
| 900273801 | VILLEGAS | JESSICA |
| 900297101 | VILLEJO | ZACHARY |
| 900317001 | VOGT | HILLARY |
| 9000503501 | WALL | RAY |
| 9000447601 | WALSKI | CINDY |
| 9000441001 | WANGLER | JOHN |
| 15903895901 | WARD | DAVID |
| 900343001 | WARD | MELINDA |
| 900259001 | WARNER | WILLIAM C |
| 9000522001 | WEISBERGER | MOSES |
| 9000492001 | WENTWORTH | KIMBERLY |
| 16018423001 | WHITFIELD | JAY |
| 9000331101 | WICKHAM | BETHANY |
| 16026659201 | WICKHAM | ROBERT |
| 16040634101 | WILKES | SHANEL |
| 16041325401 | WILKINS | DONALD |
| 9000458201 | WILLIAMS | HARVEY |
| 9000338001 | WILSON | GEORGANNE |
| 9000432901 | WONG | JERRY |
| 16175568901 | WORLEY | TANYA |
| 900198001 | WRIGHT | RENNICEA |
| 9000502201 | YASIN | HAMDI |
| 16217843801 | YOUMANS | VICTORIA L |
| 9000471001 | YOUNG | KANIKA |
| 900229701 | YOUNG | MONICA LYNN |
| 900230901 | YOUNG SR | DARRYLE ALLAN |
| 900276901 | ZENONIANI | ALEXANDRA |

9/30/2016
**Exclusion Report**



3301 Kerner Blvd
San Rafael, CA 94901
(415) 461-0410

| | | | |
|---|---|---|---|
| SR. PROJECT MANAGER | Eric Robin | Mailing Date 1: | |
| Direct Telephone: | (415) 798-5936 | Mailing Date 2 | 1/12/2016 |
| Email: | erobin@kccllc.com | Claims Filing Deadline: | 1/13/2016 |
| | | Opt-out Deadline: | 4/12/2016 |
| PROJECT MANAGER | Mariane Larson | Objection Deadline: | 4/22/2016 |
| Direct Telephone: | (415) 798-5949 | Final Approval Hearing: | 4/22/2016 |
| Email: | mlarson@kccllc.com | | 8/26/2016 |

PLAINTIFF(S) COUNSEL

Doug Campion
**Law Offices of Douglas J. Campion, APC**

DEFENSE COUNEL

Edward Totino
**DLA Piper LLP (US)**

Count
57

| ClaimID | Last1 | First1 | Timeliness |
|---|---|---|---|
| 900196201 | ALLEN | DELLA | LATE |
| 10190828301 | APA | KAROLINA A | LATE |
| 10287484001 | BAHDOUCHI | RANIA | LATE |
| 10327912001 | BANNON | BARBARA | LATE |
| 10470266701 | BERRIER | VIRGINIA | LATE |
| 10590005901 | BOWMAN | BRITTANY | LATE |
| 10898293201 | CARROL | MARTA C | LATE |
| 10959007701 | CECIL | ADAM J | LATE |
| 10961970501 | CELIS | ANTHONY | LATE |
| 900368701 | COLTER | FINAL | LATE |
| 900195901 | DAVIS | JESSE | LATE |
| 11607011001 | EDWARDS | WILLIE | LATE |
| 11610327901 | EIBEST | GINA | LATE |
| 11610328001 | EIBEST | J CHRIS | LATE |
| 11769084301 | FINKELSON | BRUCE | LATE |
| 11780887801 | FITZGERALD | SHAWN | LATE |
| 11783814701 | FLANAGAN | JULI H | LATE |
| 11909521001 | GAGNON | LINDA K | LATE |
| 12030751001 | GIBBS | LATOYA | LATE |
| 12075616001 | GOEDEL | JOHN R | LATE |
| 900197601 | GRADDY | KATHY | LATE |
| 12341541001 | HARDRICK | ILONA | LATE |
| 12722107401 | JACKSON | CHARLOTTE E | LATE |
| 12743548701 | JACOB | CHRISTOPH A | LATE |
| 13114924601 | LAMOUNTAIN | CONNIE M | LATE |
| 13267236401 | LITTON | CHERYL | LATE |
| 13267246701 | LITTON | GREGORY L | LATE |
| 13281840101 | LOGAN | CHARONE M | LATE |
| 13306539001 | LOPEZ | JACINDA L | LATE |
| 13330192801 | LOUISON | STEPHANIE J | LATE |

9/30/2016
**Exclusion Report**

3301 Kerner Blvd
San Rafael, CA 94901
(415) 461-0410



| SR. PROJECT MANAGER | | | |
|---|---|---|---|
| Direct Telephone: | Eric Robin | Mailing Date 1: | |
| | (415) 798-5936 | Mailing Date 2 | 1/12/2016 |
| Email: | erobin@kccllc.com | Claims Filing Deadline: | 1/13/2016 |
| | | Opt-out Deadline: | 4/12/2016 |
| PROJECT MANAGER | | Objection Deadline: | 4/22/2016 |
| Direct Telephone: | Mariane Larson | Final Approval Hearing: | 4/22/2016 |
| Email: | (415) 798-5949 | | 8/26/2016 |
| | mlarson@kccllc.com | | |

PLAINTIFF(S) COUNSEL

DEFENSE COUNEL

Doug Campion
**Law Offices of Douglas J. Campion, APC**

Edward Totino
**DLA Piper LLP (US)**

Count
57

| ClaimID | Last1 | First1 | Timeliness |
|---|---|---|---|
| 13353880101 | LUDWIG | CHARLES J | LATE |
| 13362466301 | LUNA | MARK L | LATE |
| 900168601 | MANOJSIS | ALEX | LATE |
| 13449556101 | MARCUS | MAUREEN | LATE |
| 13456358001 | MARKARIAN | DICKREN | LATE |
| 13597453701 | MCCORMACK | JOHN P | LATE |
| 13704590601 | MENA | MARY | LATE |
| 14200526501 | PACE | JOHN | LATE |
| 14270990601 | PATTERSON | KAREN | LATE |
| 14425765801 | PLUMMER | GRETCHEN R | LATE |
| 14466333801 | POWER | ROBERT T | LATE |
| 70004494201 | PRATT | CLYDE | LATE |
| 14488186001 | PRINCE | LASHANDRA SHANNELLE | LATE |
| 14651650301 | REYNAUD | GINETTE | LATE |
| 15051425601 | SCHOONMAKER | ROBB E | LATE |
| 15053641001 | SCHROEDER | GINA SEBASTIAN | LATE |
| 15067491001 | SCOTT | JAMES S | LATE |
| 15137634701 | SHEPARD | DINO R | LATE |
| 15142305201 | SHERLOCK | WANDA | LATE |
| 15162783601 | SHUTTLEWORTH | LEANDRA R | LATE |
| 15382300801 | STEPHENS | ASHLEY | LATE |
| 15519769101 | TAYLOR | MILDRED | LATE |
| 900317001 | VOGT | HILLARY | LATE |
| 15871641301 | WALKER | CHRISTOPHER J | LATE |
| 16033955801 | WILCOX | LISA R | LATE |
| 16078329001 | WILLIAMS | MARK | LATE |
| 900198001 | WRIGHT | RENNICEA | LATE |