# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 2286-MMA (MDD)<br><br>This document relates to the following member cases:<br><br>10-cv-2261-MMA-MDD<br>10-cv-2600-MMA-MDD<br>11-cv-2370-MMA-MDD<br>14-cv-1484-MMA-MDD<br>14-cv-1849-MMA-MDD<br>14-cv-2410-MMA-MDD<br>14-cv-2469-MMA-MDD<br>15-cv-0415-MMA-MDD<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

Pursuant to the Amended Order Adopting Reports and Recommendations; Granting Final Approval of Class Action Settlement; Granting Motion for Attorneys' fees, Costs and Incentive Awards filed December 2, 2016 (Document No. 434), and there being no just reason for delay, judgment is hereby entered on the Consolidated Complaint filed in this action on July 11, 2012 (Document No. 23) and in each of the member cases referenced above, and the Consolidated Complaint and each of those member cases is hereby dismissed with prejudice in all respects.

Without affecting the finality of this Judgment, the Court hereby retains continuing and exclusive jurisdiction over the Parties and all matters relating to this action and/or the Settlement, including the administration, interpretation, construction, effectuation, enforcement and consummation of the Settlement and the Court's Orders in this Action and the member cases.

**IT IS SO ORDERED**.

DATE: January 10, 2017

HON. MICHAEL M. ANELLO
United States District Judge