| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Raymond G. Ballister, Jr., SBN 111282<br>Phyl Grace, Esq., SBN 171771 |
| 3 | Chris Carson, Esq. SBN 280048<br><u>Mail</u>: PO Box 262490 |
| 4 | San Diego, CA 92196-2490<br><u>Delivery</u>: 9845 Erma Road, Suite 300 |
| 5 | San Diego, CA 92131<br>(858) 375-7385; (888) 422-5191 fax |
| 6 | phylg@PotterHandy.com |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert Wickham and Bethany Wickham**, | ) Case No.: 3:11-md-02286-MMA-MDD<br>)<br>) |
| Plaintiff, | )<br>) **NOTICE OF WITHDRAWAL OF** |
| v. | ) **COUNSEL**<br>) |
| **Midland Credit Management, Inc.; Midland Funding LLC**; and Does 1-10, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Chris Carson is no longer part of this action as Plaintiffs Robert Wickham and Bethany Wickham already dismissed their action in its entirety on May 11, 2016.  Therefore, the firm Center for Disability Access, 9845 Erma Road, Suite 300, San Diego, CA 92131 is no longer part of this multi-district litigation proceeding pending before this court.   Plaintiffs' counsel requests that Chris Carson be removed from the docket of this case as the represented party has been dismissed from the case, but the attorney is still receiving notices of electronic filings.

1

| | |
|---|---|
| Dated: January 15, 2018 | CENTER FOR DISABILITY ACCESS |
| | By: /s/ Chris Carson |
| | CHRIS CARSON<br>Attorneys for Plaintiffs |