Sergei Lemberg, Esq.
Lemberg Law LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 2286-MMA (MDD) |
| THIS DOCUMENT RELATES TO: *FINAL COLTER V. MIDLAND CREDIT MANAGEMENT INC.*, NO. 3:14-cv-00397-MMA (MDD) | **JOINT MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

DATED: February 1, 2018

Respectfully submitted,

*/s/   Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
Attorneys for Plaintiff

| | |
|---|---|
| 1 | |
| 2 | */s/   Ronald Metcho* |
| | Ronald Metcho, Esq. |
| 3 | Marshall Dennehey Warner Coleman |
| | & Goggin, P.C. |
| 4 | Attorneys for Defendant |
| 5 | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 1, 2018, a true and correct copy of the foregoing Joint Motion to Dismiss was served electronically by the U.S. District Court for the Southern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              */s/ Sergei Lemberg*
                                              Sergei Lemberg, Esq.