UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11-md-2286-MMA-MDD<br><br>**ORDER SETTING STATUS CONFERENCE REGARDING DISCOVERY** |

On April 25, 2018, at 9:30 a.m., in Courtroom 3B, the Court will hold a conference regarding discovery. Lead class counsel and counsel for defendant must attend in person. Other counsel and persons representing themselves are not required to appear but may appear personally or by telephone. Persons appearing by telephone are instructed to use the dial-in information filed as a separate notice to access the Court's teleconference service.[1] The conference is intended prospectively to address the timing and scope of the

---

[1] The teleconference information sheet can be accessed through ECF using the login information assigned to an attorney of record in the case and then selecting the "report" option. On the next screen, the "docket sheet" option should be selected, prompting the user for a PACER login (assigned to the attorney of record). Once the PACER login is completed, the case number can be entered which will display the docket sheet for the case and allow the user to open the teleconference information sheet.

1

1  conference of the parties required by Rule 26(f), Fed. R. Civ. P.

2  **SO ORDERED.**

3  Dated:  March 21, 2018

Hon. Mitchell D. Dembin
United States Magistrate Judge