AMANDA C. FITZSIMMONS (SBN 258888)
amanda.fitzsimmons@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California  92101-4297
Tel:    (619) 699-2700
Fax:    (619) 699-2701

EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California  90067-4704
Tel:    (310) 595-3000
Fax:    (310) 595-3300

AMY M. GALLEGOS (SBN 211379)
agallegos@jenner.com
**JENNER & BLOCK**
633 West 5th Street, Suite 2600
Los Angeles, California  90071-2054
Tel:    (213) 239-5100
Fax:    (213) 239-5199

Attorneys for Defendants
MIDLAND FUNDING LLC, MIDLAND CREDIT
MANAGEMENT, INC., and ENCORE CAPITAL
GROUP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION. | CASE NO. 11-md-2286 MMA (MDD)<br><br>*Also Relevant To Case Nos. 3:16-cv-02157-MMA-MDD; 3:16-cv-02768-MMA-MDD*<br><br>NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION, STRIKE CLASS ALLEGATIONS, AND STAY PROCEEDINGS<br><br>Date:          September 17, 2018<br>Time:          2:30 p.m.<br>Courtroom:  3D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 17, 2018, at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 3D of the above-entitled Court, located at 221 West Broadway, Suite 3195, San Diego, California 92101, Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. ("Defendants") will, and hereby do, move the Court for an order compelling arbitration of the TCPA claim filed by Plaintiffs Curtis Bentley and William Baker (collectively "Plaintiffs"), staying all proceedings on the Amended Consolidated Complaint pending completion of arbitration, and striking Plaintiffs' class allegations.  Defendants further move, to the extent there is any question about whether Plaintiffs entered into agreements to arbitrate, for a summary trial of the issue pursuant to 9 U.S.C. § 4.

This Motion is made on the basis that the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, requires the Court to compel arbitration and issue a stay where, as here, the parties have entered into a valid arbitration agreement.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the supporting affidavits, all pleadings and files in this matter, all matters of which this Court may take judicial notice, and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

DLA PIPER LLP (US)
LOS ANGELES

1                Case No. 11-md-2286 MMA (MDD)

DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

Dated:  July 23, 2018

By  s/  Edward D. Totino
EDWARD D. TOTINO
AMANDA C. FITZSIMMONS
**DLA PIPER LLP (US)**

RICHARD L. STONE
AMY M. GALLEGOS
ETHAN A. GLICKSTEIN
**JENNER & BLOCK LLP**

Attorneys for Defendants
Midland Funding LLC, Midland Credit
Management, Inc., and Encore Capital
Group

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I caused to be electronically filed the NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION, STRIKE CLASS ALLEGATIONS, AND STAY PROCEEDINGS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 23, 2018.

s/ Edward D. Totino
EDWARD D. TOTINO

DLA PIPER LLP (US)
LOS ANGELES

WEST\282487982.1