UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11-md-2286-MMA-MDD<br><br>**ORDER SETTING DEADLINE FOR OBJECTIONS TO PROPOSED PLAINTIFF QUESTIONNAIRE** |

Following a case management conference on July 23, 2018, the parties filed a Joint Motion for Order Implementing the Plaintiff Questionnaire and Protective Order and Providing for Limited Preliminary Discovery on August 10, 2018.[1] (ECF No. 603, Exh. A). On or before August 27, 2018, any plaintiff may file any objection to the Plaintiff Questionnaire. On or before September 4, 2018, Lead Plaintiffs and Defendants must respond to any properly filed

---

[1] ECF No. 603 also included a proposed Protective Order and a request for limited preliminary discovery. Those motions will be addressed in separate orders.

1

objections.

IT IS SO ORDERED.

Dated: August 15, 2018

Hon. Mitchell D. Dembin
United States Magistrate Judge