**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion, Esq. (75381)
doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2001
Facsimile: (619) 858-0034

James O. Latturner
**EDELMAN COMBS LATTURNER & GOODWIN, LLC**
120 S. Lasalle Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Email:  jlatturner@edcombs.com

Class Counsel for Plaintiffs
and Settlement Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No.: 3:11-md-02286-MMA-MDD<br>Member cases: 10-cv-02261<br>　　　　　　　　10-cv-02600<br>　　　　　　　　10-cv-02368<br>　　　　　　　　10-cv-02370<br>**CLASS ACTION**<br><br>**DECLARATION OF DEBORAH McCOMB IN SUPPORT OF JOINT MOTION FOR CY PRES DISTRIBUTION FROM THE RESIDUAL SETTLEMENT FUND**<br>Hon. Michael M. Anello<br>Courtroom:  3 |

McComb Decl ISO Jt. Mtn for Cy Pres Distribution  - 1 -　　　　Case No. 3:11-md-02286-MMA-MDD

I, Deborah McComb, declare as follows:

1. I am employed as a Senior Project Manager by KCC Class Action Services, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was appointed as the Settlement Administrator in this matter and is not a party to this action. I am submitting this declaration in support of the parties' request to distribute the funds remaining in the Cash Component of the Settlement Fund to two *cy pres* recipients. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. To date, KCC has issued 82,313 checks to Settlement Class Members who submitted a valid claim for a portion of the Cash Component of the settlement. Of those 82,313 settlement checks, 70,355 have been cashed, and 11,958 were not cashed within the allotted 180 day time period. There remains approximately $284,719.98 remaining in the Cash Component of the Settlement.

3. The administration costs for making the two *cy pres* distributions will not be paid from the remaining $284,719.98.

I declare under the penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct. Executed this 1st day of October, 2018, at San Rafael, California.

*/s/ Deborah McComb*

Deborah McComb