**DLA PIPER LLP (US)**
Edward D. Totino (SBN 169237)
edward.totino@dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300

**DLA PIPER LLP (US)**
Amanda C. Fitzsimmons (SBN 258888)
amanda.fitzsimmons@dlapiper.com
401 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

**JENNER & BLOCK LLP**
Amy M. Gallegos (SBN 211379)
Andrew G. Sullivan (SBN 301122)
agallegos@jenner.com
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendants*
Midland Funding LLC,
Midland Credit Management, Inc.,
and Encore Capital Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286 MMA (MDD)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO SUBMIT PLAINTIFF QUESTIONNAIRES** |
| This document relates to member cases listed on Exhibit A | Hon. Mitchell D. Dembin |

PLEASE TAKE NOTICE THAT on a date and time to be set by the Court, in the courtroom of the Honorable Mitchell D. Dembin, United States Magistrate Judge, 333 West Broadway, San Diego, California, Defendant Midland Credit Management, Inc., through its attorneys of record, will, and hereby does, move the Court for an order requiring each plaintiff in the member cases listed on Exhibit A hereto, to appear and show cause as to why his or her case should not be dismissed for failing to comply with the Questionnaire Order. *See* Order Granting Joint Motion Regarding Plaintiff Questionnaire and Protective Order (the "Questionnaire Order"), ECF 608, ¶ 7.

This motion is brought on the ground that all of the plaintiffs in the cases listed on Exhibit A failed to comply with the Court's Order to submit a completed questionnaire within 45 days of the Order—i.e., by October 22, 2018. ECF 608, ¶ A.1; Declaration of Amy M. Gallegos, ¶ 2. The Questionnaire Order stated that Defendants "may file a motion for an order to show cause re dismissal as to any plaintiff who fails to return a Plaintiff Questionnaire." *Id*., ¶ A.7. Moreover, courts may dismiss an action in an MDL where, as here, the plaintiff fails to comply with a court-ordered questionnaire process. *See In re Phenylpropanolamine Products Liability Litigation*, 460 F.3d 1217 (9th Cir. 2006). This district's local rules are in accord. *See* Civil Local Rule 83.1.a ("Failure of . . . any party to comply with these rules . . . or with any order of the court may be grounds for imposition by the court of any and all sanctions authorized by statute or rule or within the inherent power of the court, including, without limitation, dismissal of any actions . . ."); Civil Local Rule 41.1.b ("Failure to comply with the provisions of the local rules of this court may also be grounds for dismissal under this rule.").

This motion is based on this notice of motion, the attached memorandum of points and authorities and accompanying declaration, the complete files and records of this action, and such other matters and arguments as may come before the Court.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2018 | JENNER & BLOCK LLP |
| 2 | | |
| 3 | | /s/ Amy M. Gallegos<br>Amy M. Gallegos |
| 4 | | |
| 5 | | Attorney for Defendants<br>Midland Funding LLC, |
| 6 | | Midland Credit Management, Inc.,<br>and Encore Capital Group, Inc. |

# Exhibit A

|     | Case Name | Case No. |
| --- | --- | --- |
| 1.  | Akers v. Midland | 3:14-cv-00240-MMA-MDD |
| 2.  | Basham v. Midland | 3:15-cv-01479-MMA-MDD; 3:15-cv-022282-MMA-MDD |
| 3.  | Carter v. Midland | 3:14-cv-01160-MMA-MDD |
| 4.  | Christian v. Midland | 3:18-cv-00019-MMA-MDD |
| 5.  | Clark v. Midland | 3:16-cv-02078-MMA-MDD |
| 6.  | Clavesilla v. Midland | 3:14-cv-00642-MMA-MDD |
| 7.  | Conger v. Midland | 3:16-cv-02365-MMA-MDD |
| 8.  | Cooper v. Midland | 3:14-cv-00382-MMA0MDD |
| 9.  | Covington v. Midland | 3:17-cv-00784-MMA-MDD |
| 10. | De La Cruz v. Midland | 3:17-cv-01639-MMA-MDD |
| 11. | Doherty v. Midland | 3:13-cv-02010-MMA-MDD |
| 12. | Dotson v. Midland | 3:14-cv-01760-MMA-MDD |
| 13. | Dunn v. Midland | 3:16-cv-02459-MMA-MDD |
| 14. | Eaton et al v. Midland Credit Management Inc. | 3:16-cv-03025-MMA0MDD |
| 15. | Fedarko v. Midland | 3:13-cv-01517-MMA-MDD |
| 16. | Floyd v. Midland | 3:14-cv-02423-MMA-MDD |
| 17. | Goetz v. Midland | 3:13-cv001478-MMA-MDD |
| 18. | Holland v. Midland | 3:14-cv-00506-MMA-MDD |
| 19. | Huffman et al. v. Midland | 3:17-cv-01015-MMA-MDD |
| 20. | Jesula v. Midland | 3:15-cv-02009-MMA-MDD |
| 21. | Jones v. Midland | 3:14-cv-01337-MMA-MDD |
| 22. | Khah v. Midland | 3:14-cv-00398-MMA-MDD |
| 23. | King v. Midland | 3:14-cv-02909-MMA-MDD |
| 24. | Lauderdale v. Midland | 18-cv-483-MMA(MDD) |
| 25. | Laurore v. Midland | 3:16-cv-02487-MMA-MDD |
| 26. | Leone v. Midland | 3:14-cv-00905-MMA-MDD |
| 27. | Little v. Midland | 3:17-cv-00975-MMA-MDD |
| 28. | Love v. Midland | 3:14-cv-02881-MMA-MDD |
| 29. | Mack v. Midland | 3:15-cv-00723-MMA-MDD |
| 30. | Maitlen v. Midland | 3:15-cv-02636-MMA-MDD |
| 31. | Manasse v. Midland | 3:13-cv-01519-MMA-MDD |
| 32. | McCulley v. Midland | 3:16-cv-01361-MMA-MDD |
| 33. | McDonald v. Midland | 3:14-cv-00689-MMA-MDD |
| 34. | McGee v. Midland | 3:14-cv-01317-MMA-MDD |
| 35. | Miller et al. v. Midland | 3:17-cv-00451-MMA-MDD |
| 36. | Miller v. Midland | 3:15-cv-00710-MMA-MDD |
| 37. | N.L. v. Midland | 3:14-CV-01442-MMA-MDD |
| 38. | Neal v. Midland | 3:15-cv-00896-MMA-MDD |
| 39. | Nelson v. Midland | 3:15-cv-02008-MMA-MDD |
| 40. | Pacheco v. Midland | 3:17-cv-00451-MMA-MDD |
| 41. | Permenter v. Midland | 3:15-cv01644-MMA-MDD |
| 42. | Peterson v. Midland | 3:14-cv-01808-MMA-MDD |
| 43. | Prows v. Midland | 3:13-cv-00800-MMA-MDD |

| 44. | Pugh v. Midland | 3:16-cv-01977-MMA-MDD |
| --- | --- | --- |
| 45. | Quesada v. Midland | 3:14-cv-02133-MMA-MDD |
| 46. | Quevedo v. Midland | 3:14-cv-00381-MMA-MDD |
| 47. | Roy v. Midland | 3:13-cv-02882-MMA-MDD |
| 48. | Rumbough v. Capital One Bank (USA) | 3:15-cv-02943-MMA-MDD |
| 49. | Santamaria v. Midland | 3:14-cv-00242-MMA-MDD |
| 50. | Siddal v. Midland | 3:13-cv-02558-MMA-MDD |
| 51. | Smith et al v. Midland | 3:14-cv-01386-MMA-MDD |
| 52. | Spencer v. Midland | 2:17-cv-00605-MMA-MDD |
| 53. | Treshan et al. v. Midland | 3:15-cv-01821-MMA-MDD |
| 54. | Vaccaro v. Midland | 3:17-cv-00473-MMA-MDD |
| 55. | Valliere v. Midland | 3:14-cv-01960-MMA-MDD |
| 56. | Vasquez v. Midland | 3:16-cv-01294-MMA-MDD |
| 57. | Ward et al. v. Midland | 3:17-cv-00448-MMA-MDD |
| 58. | Watters v. Midland | 3:17-cv-01687-MMA-MDD |
| 59. | Wentworth v. Midland | 3:14-cv-01355-MMA-MDD |
| 60. | Wong v. Midland | 3:14-cv-01538-MMA-MDD |
| 61. | Wright v. Midland | 3:13-cv-02821-MMA-MDD |

**CERTIFICATE OF SERVICE**

I, Amy M. Gallegos, hereby certify that on November 13, 2018 a copy of the foregoing document was served on all counsel of record by operation of the Court's electronic case filing (ECF) system and all non-registered users were served via U.S. Mail Service.

/s/ Amy M. Gallegos_____

Amy M. Gallegos