

FILED

DEC 2 7 2018

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



DEC 2 7 2018

RECEIVED

**11md2286-MMA(MDD)**

Diane Floyd
4304 N. FM 148
Crandall, TX 75114

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONIC CONSUMER PROTECTION ACT LITIGATION | Case No.:  11-md-2286-MMA-MDD<br><br>**ORDER RE: DEFENDANTS' EX PARTE MOTION FOR LEAVE TO SUBMIT REPLY BRIEF**<br>**[ECF NO. 641]** |

On December 3, 2018, Defendants filed a motion requesting "permission to file a single, consolidated reply to the responses filed by various member-case plaintiffs to Defendants' Motion for an OSC re Dismissal." (ECF No. 641 at p. 1). Defendants further note that their reply "will not repeat the arguments made in their motion." (*Id.*). The Court will allow Defendants to file a reply on or before **December 10, 2018**. No sur-replies shall be filed without further order of the Court.

**IT IS SO ORDERED:**

Dated:   December 6, 2018

Hon. Mitchell D. Dembin
United States Magistrate Judge

1

11-md-2286-MMA-MDD