UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11md2286-MMA-MDD<br>Member Case Nos.: 15cv2477-MMA-MDD and 11cv2368-MMA-MDD<br><br>**ORDER GRANTING INDIVIDUAL PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY**<br><br>**[ECF No. 717]** |

On December 2, 2019, Plaintiffs Jeremy R. Johnson (member case number 15cv2477-MMA-MDD) and Nicholas Martin (member case number 11cv2368-MMA-MDD) moved the Court to permit them to depose their respective Defendants, under Federal Rule of Civil Procedure 30(b)(6), regarding the calling technologies and practices relevant to time periods preceding September 1, 2014. (ECF No. 713 at 2). Pursuant to the Court's December 3, 2019 Order, Defendants filed their opposition on December 9, 2019. (*See* ECF Nos. 714, 716). Plaintiffs Johnson and Martin now seek leave to file a reply. (ECF No. 717).

Upon due consideration, and good cause appearing, the Court **GRANTS** Plaintiffs' motion. A reply must be filed on or before **December 13, 2019**.

**IT IS SO ORDERED**.

Dated: December 10, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge