UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: MIDLAND CREDIT
MANAGEMENT, INC.,
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

Case No.: 11md2286-MMA-MDD
Member Case Nos.: 15cv1479-MMA-
MDD and 15cv2282-MMA-MDD

**ORDER SETTING BRIEFING
SCHEDULE AND DENYING IN
PART PLAINTIFF BASHAM'S
OBJECTION TO TRANSFER AND
MOTION TO COMPEL
DISCOVERY**

**[ECF No. 721]**

Plaintiff Angela Basham in member case numbers 15cv1479-MMA-
MDD and 15cv2282-MMA-MDD moves to "den[y] being transferred" to the
class action and to compel Defendants in this multi-district litigation ("MDL")
to supplement their discovery responses. (ECF No. 721). First, Plaintiff
explains that she does not want to be a part of a class in this MDL. (*Id.* at 4-
5). The class Plaintiff requests to opt-out of has not been certified.
Accordingly, the Court **DENIES AS PREMATURE** Plaintiff's request to opt-

out of a class.[1]  The Court construes Plaintiff's motion to compel as a dispute regarding the sufficiency of Defendants' production of Plaintiff-specific information (*see* ECF No. 608 at 4) and production of information relating to Defendants' dialing technology and practices (*id.* at 5-6).  Accordingly, Defendants' must file a response in opposition to Plaintiff's motion, if any, on or before **December 20, 2019**.  No reply briefs will be accepted absent leave of the Court.  The Court will issue a written ruling in due course upon completion of the briefing and without oral argument.

**IT IS SO ORDERED**.

Dated:   December 11, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[1] Plaintiff will have an opportunity in the future to opt-out of any certified class.