UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11md2286-MMA-MDD<br>Member Case No.: 15cv1712-MMA-MDD<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF ASHOK ARORA'S EX PARTE MOTION TO COMPEL**<br><br>**[ECF No. 737]** |
|---|---|

Plaintiff Ashok Arora ("Arora") in member case number 15cv1712-MMA-MDD moved to compel Midland[1] to supplement certain discovery responses relating to Midland's dialing technologies and processes. (ECF No. 737). On December 30, 2019, Midland filed an intent to respond to Arora's ex motion and indicated that the parties were working on a joint motion regarding the matter prior to Arora's *ex parte* filing. (ECF No. 739). Pursuant to this Court's Civil Chambers Rules, the parties were required to file a joint motion for determination of discovery dispute. Arora is aware of

---

[1] The Court refers to all Defendants in this case as "Midland."

1

this requirement because the parties were preparing a joint motion on the instant dispute and because the same parties have filed a joint motion on a different dispute. (*See* ECF Nos. 736, 739). Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff Arora's *ex parte* motion due to noncompliance with this Court's joint motion procedure for discovery disputes. The parties may file a joint motion for determination of discovery dispute on Midland's dialing technologies and processes.

**IT IS SO ORDERED**.

Dated: January 6, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge