# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br><br>**ORDER VACATING MOTION HEARING** |

Defendants' Motion to Stay [Doc. No. 761] is currently set for hearing on March 23, 2020. The Court finds the matter suitable for determination on the papers and without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7.1.d.1. Accordingly, no appearances are required, and the previously scheduled hearing will be taken off calendar. The Court will issue a written ruling in due course.

**IT IS SO ORDERED**.

Dated: March 18, 2020

HON. MICHAEL M. ANELLO
United States District Judge