# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br><br>**ORDER RE: ACTIVE MEMBER CASES AND MOTION DEADLINES** |

On June 29, 2020, the Court held a telephonic Status Conference regarding the status of this multidistrict litigation ("MDL"). *See* Doc. Nos. 782, 789.[1] For the reasons stated on the record during the Status Conference, the Court **ORDERS** Midland to file a report with two lists of the current pending member cases within this MDL on or before **July 8, 2020**: (1) one list containing the member cases alleging calls *prior to* September 1, 2014 and (2) one list containing the member cases alleging calls *on or after* September

---

[1] All citations refer to the pagination assigned by the CM/ECF system.

1, 2014.[2]  Furthermore, the Court **ORDERS** that any discovery dispute regarding the April 27, 2020 discovery order (Doc. No. 776) be brought to the Court's attention on or before **July 15, 2020**.  Any request for additional discovery must also be filed on or before **July 15, 2020**.

    **IT IS SO ORDERED**.

Dated: June 30, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[2] Although not specifically discussed during the Status Conference, upon further consideration, the Court finds that a separate list of member cases alleging calls on or after September 1, 2014 would assist both the parties and the Court.

2