**BAKER & MCKENZIE LLP**
Edward D. Totino (SBN 169237)
edward.totino@bakermckenzie.com
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Tel:   310.201.4728
Fax:   310.201.4721

**DLA PIPER LLP (US)**
Amanda C. Fitzsimmons (SBN 258888)
amanda.fitzsimmons@dlapiper.com
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

**JENNER & BLOCK LLP**
Amy M. Gallegos (SBN 211379)
agallegos@jenner.com
Anna K. Lyons (Bar No. 324090)
alyons@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Tel:   213.239,5100
Fax:   213.239.5199

Attorneys for Defendants
Midland Funding LLC, Midland Credit
Management, Inc. and Encore Capital
Group, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286 MMA (MDD)<br><br>REPORT ATTACHING LIST OF PRE- AND POST-SEPTEMBER 1, 2014 MEMBER CASES<br><br><br>Hon. Michael M. Anello<br>Hon. Mitchell D. Dembin |

On July 30, 2020, this Court ordered Midland to submit two lists: One list of member cases in this MDL alleging calls prior to September 1, 2014, and one list of member cases in this MDL alleging calls placed on or after September 1, 2014. (ECF 793). The first list is attached as Exhibit A; the second list is attached as Exhibit B. There are two wrinkles that were discovered when compiling the lists, of which the Court should be aware:

1. Many cases in this MDL involve calls in *both* categories, i.e., calls before and after September 1, 2014. This could be either because the plaintiff was called across both time periods, or because the case has multiple plaintiffs, some of whom were called before September 1, 2014, and some of whom were called after that date. We have included all such cases on Exhibit A.

2. There are several cases where the timing of the calls as alleged in the complaint does not match Midland's records. Specifically, there are plaintiffs whose complaints allege they were called prior to September 1, 2014, but Midland's records only show calls after that date, and vice versa. These cases were categorized based on the timing of the calls in Midland's records.

Dated: July 8, 2020

By: */s/*Amy M. Gallegos
Amy M. Gallegos (Bar No. 211379)
JENNER & BLOCK LLP
633 W. 5th St., Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
agallegos@jenner.com

Edward D. Totino (No. 169237)
BAKER & MCKENZIE LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 201-4728
edward.totino@bakermckenzie.com

*Counsel for Defendants
Midland Credit Management, Inc.,
Midland Funding, LLC, and
Encore Capital Group, Inc.*

-1-

REPORT ATTACHING LIST OF PRE- AND POST-SEPTEMBER 1, 2014 MEMBER CASES
CASE NO. 11-MD-2286 MMA (MDD)

2991275.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, I electronically filed REPORT ATTACHING LIST OF PRE- AND POST-SEPTEMBER 1, 2014 MEMBER CASES, which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.  All non-registered users were served via U.S. Mail.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  Executed on July 8, 2020.

By: _/s/ Amy Gallegos_

-2-

REPORT ATTACHING LIST OF PRE- AND POST-SEPTEMBER 1, 2014 MEMBER CASES
CASE NO. 11-MD-2286 MMA (MDD)

2991275.1